CHRISTIAN H. DRIBUSCH
TRUSTEE IN BANKRUPTCY

THE PATROON BUILDING
FIVE CLINTON SQUARE
ALBANY NY 12207

(518) 436-1662

FAX: (518) 432-1996
EMAIL: CDRIBUSCH@NYCAP.RR.COM

MARCH 28, 2009

Re: **In re CORPORATION, NATIONAL FINANCE**
Case No. 00-14303-REL-7
Debtor(s) Social Security Number(s)- Last 4 digits

Dear ROBERT & LINDA BACHA,

Enclosed please find a final distribution check drawn on the account for the above referenced chapter 7 bankruptcy estate. You are receiving this distribution because you filed an allowed claim in the case.

| Claim # | Claimed Amount | Amount Allowed | Amount Paid |
|---|---|---|---|
| 00175 | 39,184.90 | 39,184.90 | Total Payment - This Distribution: 3,844.96 |

Please cash this check immediately so that this account can be closed, and be advised that all checks outstanding for more then 90 days will be canceled and the proceeds tendered to the bankruptcy court.

Sincerely,

/s/ Christian H. Dribusch
Christian H. Dribusch, Trustee

ROBERT & LINDA BACHA
C/O David M. Klauder, Esquire
Becker, Hicks, Irving & Hadeed, PC
Springfield, VA 22151
5501 Backlick Rd, Suite 220

2009 AUG 19 PM 12:29
BANKRUPTCY COURT
N.D. OF NY
ALBANY

REC'D & FILED

Christian H. Dribusch, Chapter 7 Trustee
The Patroon Building
Five Clinton Square
Albany NY 12207

**BANK OF AMERICA**
901 Main Street // 10th Floor // Dallas TX 75283

32-1/1110
CHECK NUMBER
1233

(Final distribution to Claim 00175, representing a
Payment of 9.81% per court order.)

| CASE NUMBER | ESTATE OF | DATE | AMOUNT |
|---|---|---|---|
| 00-14303 | Debtor: NATIONAL FINANCE CORPORATION | 3/28/2009 | ********3,844.96 |

PAY TO THE ORDER OF

ROBERT & LINDA BACHA
C/O David M. Klauder, Esquire
Becker, Hicks, Irving & Hadeed, PC
5501 Backlick Rd, Suite 220
Springfield, VA 22151

*Three Thousand Eight Hundred Forty Four Dollars And 96/100*

[signature]
RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑆ SECURITY FEATURES INCLUDED. DETAILS ON BACK. ⑆

⑈"001233"⑈ ⑆:111000013⑆: 443693601511⑈"

---

Date: 3/28/2009 | Check Number: 1233

Paid To: ROBERT & LINDA BACHA
C/O David M. Klauder, Esquire
Becker, Hicks, Irving & Hadeed, PC
5501 Backlick Rd, Suite 220
Springfield, VA 22151

Case Number 00-14303
Debtor Name: NATIONAL FINANCE CORPORATION

Trustee: Christian H. Dribusch, Chapter 7 Trustee
The Patroon Building
Five Clinton Square
Albany NY 12207

Amount: $3,844.96

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

RECEIVED & FILED
2009 AUG 19 PM 12:30
BANKRUPTCY COURT
N.D. OF NY
ALBANY