REC'D & FILED

2009 AUG 19 PM 12: 30

CLERK OF THE
BANKRUPTCY COURT
N.D. OF NY
ALBANY

**CHRISTIAN H. DRIBUSCH**
TRUSTEE IN BANKRUPTCY

THE PATROON BUILDING
FIVE CLINTON SQUARE
ALBANY NY 12207

FAX: (518) 432-1996

(518) 436-1662

EMAIL: CDRIBUSCH@NYCAP.RR.COM

**MARCH 28, 2009**

Re:  **In re CORPORATION, NATIONAL FINANCE**
Case No. 00-14303-REL-7
Debtor(s) Social Security Number(s)- Last 4 digits

Dear SFX SPORTS GROUP, INC.,

Enclosed please find a final distribution check drawn on the account for the above referenced chapter 7 bankruptcy estate.  You are receiving this distribution because you filed an allowed claim in the case.

| Claim # | Claimed Amount | Amount Allowed | Amount Paid |
|---------|---------------|----------------|-------------|
| 00090 | 201,393.30 | 201,393.30 | Total Payment - This Distribution: 19,761.39 |

Please cash this check immediately so that this account can be closed, and be advised that all checks outstanding for more then 90 days will be cancelled and the proceeds tendered to the bankruptcy court.

Sincerely,

/s/ Christian H. Dribusch
Christian H. Dribusch, Trustee

SFX SPORTS GROUP, INC.
888 Seventh Avenue, 37th Floor
New York NY 10019

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**BANK OF AMERICA**

32-1/110
CHECK NUMBER

901 Main Street // 10th Floor // Dallas TX 75283

114

Christian H. Dribusch, Chapter 7 Trustee
The Patroon Building
Five Clinton Square
Albany NY 12207

(Final distribution to Claim 00090, representing a
Payment of 9.81% per court order.)

| CASE NUMBER | ESTATE OF | DATE | AMOUNT |
|---|---|---|---|
| 00-14303 | Debtor: NATIONAL FINANCE CORPORATION | 3/28/2009 | ******19,761.39 |

**PAY TO THE ORDER OF**

SFX SPORTS GROUP, INC.
888 Seventh Avenue, 37th Floor
New York NY 10019

*Nineteen Thousand Seven Hundred Sixty One Dollars And 39/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⊕ SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈"00౨౨౨7౨"  ⑈:౨౨౨0000౨౨౨:  ౨౨3౩93౩0౨౩౨"

Date: 3/28/2009

| Check Number: 1147 | |
|---|---|
| Case Number 00-14303 | |
| Debtor Name: NATIONAL FINANCE CORPORATION | Amount: $19,761.39 |

Pai d To:   SFX SPORTS GROUP, INC.
888 Seventh Avenue, 37th Floor
New York NY 10019

Trustee:   Christian H. Dribusch, Chapter 7 Trustee
The Patroon Building
Five Clinton Square
Albany NY 12207

REC'D & FILED

2009 AUG 19 PM 12: 30

BANKRUPTCY THE
N D OF NY COURT
ALBANY