CHRISTIAN H. DRIBUSCH
TRUSTEE IN BANKRUPTCY

THE PATROON BUILDING
FIVE CLINTON SQUARE
ALBANY NY 12207

(518) 436-1662

FAX: (518) 432-1996
EMAIL: CDRIBUSCH@NYCAP.RR.COM

MARCH 28, 2009

Re: **In re CORPORATION, NATIONAL FINANCE**
**Case No. 00-14303-REL-7**
Debtor(s) Social Security Number(s)- Last 4 digits

Dear PIONEER STANDARD ELECTRONICS,

Enclosed please find a final distribution check drawn on the account for the above referenced chapter 7 bankruptcy estate. You are receiving this distribution because you filed an allowed claim in the case.

| Claim # | Claimed Amount | Amount Allowed | Amount Paid |
|---------|----------------|----------------|-------------|
| 00002   | 7,948.85       | 7,948.85       | Total Payment - This Distribution: 779.97 |

Please cash this check immediately so that this account can be closed, and be advised that all checks outstanding for more then 90 days will be canceled and the proceeds tendered to the bankruptcy court.

Sincerely,

/s/ Christian H. Dribusch
Christian H. Dribusch, Trustee

PIONEER STANDARD ELECTRONICS
4800 E. 131 St.
Cleveland, OH 44105

2009 AUG 19 PM 12:30
RECD & FILED
CLERK OF THE
BANKRUPTCY COURT
N.D. OF NY
ALBANY

BANK OF AMERICA
901 Main Street // 10th Floor // Dallas TX 75283

32-1/1110
CHECK NUMBER
1142

Christian H. Dribusch, Chapter 7 Trustee
The Patroon Building
Five Clinton Square
Albany NY 12207

(Final distribution to Claim 00002, representing a
Payment of 9.81% per court order.)

| CASE NUMBER | ESTATE OF | DATE | AMOUNT |
|---|---|---|---|
| 00-14303 | Debtor: NATIONAL FINANCE CORPORATION | 3/28/2009 | ********779.97 |

PAY TO THE ORDER OF

PIONEER STANDARD ELECTRONICS
4800 E. 131 St.
Cleveland, OH 44105

Seven Hundred Seventy Nine Dollars And 97/100

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⚐ SECURITY FEATURES INCLUDED. DETAILS ON BACK. ⚐

⑈001142⑈ ⑆111000012⑆ 4436936016⑈

---

| Date: 3/28/2009 | Check Number: 1142 | |
|---|---|---|
| Case Number: 00-14303 | | |
| Debtor Name: NATIONAL FINANCE CORPORATION | | |

| Paid To: PIONEER STANDARD ELECTRONICS<br>4800 E. 131 St.<br>Cleveland, OH 44105 | Trustee: Christian H. Dribusch, Chapter 7 Trustee<br>The Patroon Building<br>Five Clinton Square<br>Albany NY 12207 | Amount: $779.97 |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

REC'D & FILED
2009 AUG 19 PM 12:30
CLERK OF THE
BANKRUPTCY COURT
N.D. OF NY
ALBANY