REC'D & FILED

2009 AUG 19 PM 12:30

CLERK OF THE
BANKRUPTCY COURT
N.D. OF NY
ALBANY

**CHRISTIAN H. DRIBUSCH**
TRUSTEE IN BANKRUPTCY

THE PATROON BUILDING
FIVE CLINTON SQUARE
ALBANY NY 12207

(518) 436-1662

FAX: (518) 432-1996
EMAIL: CDRIBUSCH@NYCAP.RR.COM

MARCH 28, 2009

Re: **In re CORPORATION, NATIONAL FINANCE**
Case No. 00-14303-REL-7
Debtor(s) Social Security Number(s) - Last 4 digits

Dear CINDY M. WADSWORTH/MACKEY,

Enclosed please find a final distribution check drawn on the account for the above referenced chapter 7 bankruptcy estate. You are receiving this distribution because you filed an allowed claim in the case.

| Claim # | Claimed Amount | Amount Allowed | Amount Paid |
|---------|----------------|----------------|-------------|
| 00238   | 1,131.75       | 1,131.75       | Total Payment - This Distribution: 77.01 |

Please cash this check immediately so that this account can be closed, and be advised that all checks outstanding for more then 90 days will be canceled and the proceeds tendered to the bankruptcy court.

Sincerely,

/s/ Christian H. Dribusch
Christian H. Dribusch, Trustee

CINDY M. WADSWORTH/MACKEY
32 Steele Street
Saratoga Springs NY 12866

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

Christian H. Dribusch, Chapter 7 Trustee
The Patroon Building
Five Clinton Square
Albany NY 12207

**BANK OF AMERICA**
901 Main Street // 10th Floor // Dallas TX 75283

32-1/1110
CHECK NUMBER
1180

(Final distribution to Claim 00238, representing a
Payment of 6.80% per court order.)

| DATE | AMOUNT |
|---|---|
| 3/28/2009 | *********77.0 |

PAY TO THE ORDER OF

CINDY M. WADSWORTH/MACKEY
32 Steele Street
Saratoga Springs NY 12866

| CASE NUMBER | ESTATE OF |
|---|---|
| 00-14303 | Debtor: NATIONAL FINANCE CORPORATION |

*Seventy Seven Dollars And 01/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑆00⑈1⑆8⑈ ⑆:111000012:  44369360 16⑈

Paid To: CINDY M. WADSWORTH/MACKEY          Social Security Number:

Case Number 00-14303          Debtor Name: NATIONAL FINANCE CORPORATION          Case Tax ID: 14-1754357
Trustee: Christian H. Dribusch, Trustee, Christian H. Dribusch, Chapter 7 Trustee, The Patroon Building, Five Clinton Square, Albany NY 12207

| | | Net Earnings | |
|---|---|---|---|
| Gross Earnings | $111.05 | | $77.01 |
| Social Security | $6.89 | | |
| Medicare Employee | $1.61 | | |
| Federal Income Tax | $19.99 | | |
| NYS Income Tax | $5.55 | | |

REC'D & FILED
2009 AUG 19 PM 12:30
CLERK OF THE
BANKRUPTCY COURT
ND OF NY
ALBANY