CHRISTIAN H. DRIBUSCH
TRUSTEE IN BANKRUPTCY

THE PATROON BUILDING
FIVE CLINTON SQUARE
ALBANY NY 12207

(518) 436-1662
FAX: (518) 432-1996
EMAIL: CDRIBUSCH@NYCAP.RR.COM

REC'D & FILED
2009 AUG 19 PM 12: 28
CLERK OF THE
BANKRUPTCY COURT
N.D. OF NY
ALBANY

MARCH 28, 2009

Re:  In re CORPORATION, NATIONAL FINANCE
Case No. 00-14303-REL-7
Debtor(s) Social Security Number(s)- Last 4 digits

Dear JAMES L. KREITNER,

Enclosed please find a final distribution check drawn on the account for the above referenced chapter 7 bankruptcy estate. You are receiving this distribution because you filed an allowed claim in the case.

| Claim # | Claimed Amount | Amount Allowed | Amount Paid |
|---------|---------------|----------------|-------------|
| 00251   | 746.45        | 746.45         | Total Payment - This Distribution: 50.80 |

Please cash this check immediately so that this account can be closed, and be advised that all checks outstanding for more then 90 days will be canceled and the proceeds tendered to the bankruptcy court.

Sincerely,

/s/ Christian H. Dribusch
Christian H. Dribusch, Trustee

JAMES L. KREITNER
936 Cleveland Ave.
Schenectady, NY 12306

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

| | | 32-1/1110 |
|---|---|---|
| | | CHECK NUMBER |
| **BANK OF AMERICA** | | 1120 |
| 901 Main Street / / 10th Floor / / Dallas TX 75283 | | |

Christian H. Dribusch, Chapter 7 Trustee
The Patroon Building
Five Clinton Square
Albany NY 12207

(Final distribution to Claim 00251, representing a
Payment of 6.81% per court order.)

| DATE | AMOUNT |
|---|---|
| 3/28/2009 | ************50.80 |

| CASE NUMBER | ESTATE OF |
|---|---|
| 00-14303 | Debtor: NATIONAL FINANCE CORPORATION |

PAY TO THE ORDER OF

JAMES L. KREITNER
936 Cleveland Ave.
Schenectady, NY 12306

*Fifty Dollars And 80/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑆001120⑆ ⑈111000011⑈ 4436936015⑈

---

| Paid To: JAMES L. KREITNER | Social Security Number: |
|---|---|
| Case Number 00-14303 Debtor Name: NATIONAL FINANCE CORPORATION | Case Tax ID: 14-1754357 |
| Trustee: Christian H. Dribusch, Trustee, Christian H. Dribusch, Chapter 7 Trustee, The Patroon Building, Five Clinton Square, Albany NY 12207 | |

| | | | |
|---|---|---|---|
| Gross Earnings | $73.24 | Net Earnings | |
| Federal Income Tax | $13.18 | | |
| Social Security | $4.54 | | |
| Medicare Employee | $1.06 | | |
| NYS Income Tax | $3.66 | | $50.80 |

REC'D & FILED 2009 AUG 19 PM 12:28 BANKRUPTCY COURT N.D. OF NY ALBANY