**CHRISTIAN H. DRIBUSCH**
TRUSTEE IN BANKRUPTCY

THE PATROON BUILDING
FIVE CLINTON SQUARE
ALBANY NY 12207

(518) 436-1662

FAX: (518) 432-1996
EMAIL: CDRIBUSCH@NYCAP.RR.COM

MARCH 28, 2009

Re:   In re CORPORATION, NATIONAL FINANCE
      Case No. 00-14303-REL-7
      Debtor(s) Social Security Number(s)- Last 4 digits

Dear NIAGARA MOHAWK,

Enclosed please find a final distribution check drawn on the account for the above referenced chapter 7 bankruptcy estate. You are receiving this distribution because you filed an allowed claim in the case.

| Claim # | Claimed Amount | Amount Allowed | Amount Paid |
|---------|----------------|----------------|-------------|
| 00171   | 4,284.62       | 4,284.62       | Total Payment - This Distribution: 420.42 |

Please cash this check immediately so that this account can be closed, and be advised that all checks outstanding for more then 90 days will be canceled and the proceeds tendered to the bankruptcy court.

Sincerely,

/s/ Christian H. Dribusch
Christian H. Dribusch, Trustee

NIAGARA MOHAWK
and William C. Grossman, Esq.
POB 5026
Buffalo, NY 14205

REC'D & FILED
2009 AUG 19 PM 12:30
CLERK OF THE
BANKRUPTCY COURT
N.D. OF NY
ALBANY

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**BANK OF AMERICA**
901 Main Street // 10th Floor // Dallas TX 75283

Christian H. Dribusch, Chapter 7 Trustee
The Patroon Building
Five Clinton Square
Albany NY 12207

(Final distribution to Claim 00171, representing a
Payment of 9.81% per court order.)

32-1/1110
CHECK NUMBER
1236

| DATE | AMOUNT |
|---|---|
| 3/28/2009 | **********420.42 |

PAY TO THE ORDER OF

NIAGARA MOHAWK
and William C. Grossman, Esq.
POB 5026
Buffalo, NY 14205

| CASE NUMBER | ESTATE OF |
|---|---|
| 00-14303 | Debtor: NATIONAL FINANCE CORPORATION |

*Four Hundred Twenty Dollars And 42/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈ SECURITY FEATURES INCLUDED. DETAILS ON BACK. ⑈

⑈"001236"⑈ ⑈:111000012⑈: 4436936015⑈"

---

Date: 3/28/2009 | Check Number: 1236

Case Number 00-14303 | Amount: $420.42
Debtor Name: NATIONAL FINANCE CORPORATION

Paid To: NIAGARA MOHAWK
and William C. Grossman, Esq.
POB 5026
Buffalo, NY 14205

Trustee: Christian H. Dribusch, Chapter 7 Trustee
The Patroon Building
Five Clinton Square
Albany NY 12207

REC'D & FILED
2009 AUG 19 PM 12:30
CLERK OF THE
BANKRUPTCY COURT
N.D. OF NY
ALBANY