CHRISTIAN H. DRIBUSCH
TRUSTEE IN BANKRUPTCY

THE PATROON BUILDING
FIVE CLINTON SQUARE
ALBANY NY 12207

(518) 436-1662

FAX: (518) 432-1996
EMAIL: CDRIBUSCH@NYCAP.RR.COM

MARCH 28, 2009

Re: In re CORPORATION, NATIONAL FINANCE
Case No. 00-14303-REL-7
Debtor(s) Social Security Number(s)- Last 4 digits

Dear MARIGRACEPOWERS,

Enclosed please find a final distribution check drawn on the account for the above referenced chapter 7 bankruptcy estate. You are receiving this distribution because you filed an allowed claim in the case.

| Claim # | Claimed Amount | Amount Allowed | Amount Paid |
|---------|----------------|----------------|-------------|
| 00206   | 556.00         | 556.00         | Total Payment - This Distribution: 37.84 |

Please cash this check immediately so that this account can be closed, and be advised that all checks outstanding for more then 90 days will be canceled and the proceeds tendered to the bankruptcy court.

Sincerely,

/s/ Christian H. Dribusch
Christian H. Dribusch, Trustee

MARIGRACEPOWERS
85 Hudson River Rd.
Waterford NY 12188

REC'D & FILED
2009 AUG 19 PM 12:28
BANKRUPTCY COURT
N.D. OF NY
ALBANY

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

Christian H. Dribusch, Chapter 7 Trustee
The Patroon Building
Five Clinton Square
Albany NY 12207

32-1/1110
CHECK NUMBER
1042

**BANK OF AMERICA**
901 Main Street // 10th Floor // Dallas TX 75283

(Final distribution to Claim 00206, representing a
Payment of 6.81% per court order.)

| CASE NUMBER | | DATE | AMOUNT |
|---|---|---|---|
| 00-14303 | Debtor: NATIONAL FINANCE CORPORATION | 3/28/2009 | **********37.84 |

PAY TO THE ORDER OF

MARIGRACEPOWERS
85 Hudson River Rd.
Waterford NY 12188

ESTATE OF

*Thirty Seven Dollars And 84/100*

[signature] Christian H. Dribusch

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑆ SECURITY FEATURES INCLUDED. DETAILS ON BACK. ⑆

"00104 2"  ⑆111 0000 12⑆:  44369360 16"

---

Paid To: MARIGRACEPOWERS | Social Security Number:

Case Number 00-14303    Debtor Name: NATIONAL FINANCE CORPORATION    Case Tax ID: 14-1754357

Trustee: Christian H. Dribusch, Trustee, Christian H. Dribusch, Trustee, The Patroon Building, Five Clinton Square, Albany NY 12207

| | | |
|---|---|---|
| Gross Earnings | $54.56 | Net Earnings |
| Federal Income Tax | $9.82 | |
| Medicare Employee | $0.79 | |
| NYS Income Tax | $2.73 | |
| Social Security | $3.38 | $37.84 |

REC'D & FILED
2009 AUG 19 PM 12:28
CLERK OF THE
BANKRUPTCY COURT
N.D. OF NY
ALBANY