CHRISTIAN H. DRIBUSCH
TRUSTEE IN BANKRUPTCY

THE PATROON BUILDING
FIVE CLINTON SQUARE
ALBANY NY 12207

(518) 436-1662

FAX: (518) 432-1996
EMAIL: CDRIBUSCH@NYCAP.RR.COM

MARCH 28, 2009

Re: In re CORPORATION, NATIONAL FINANCE
Case No. 00-14303-REL-7
Debtor(s) Social Security Number(s)- Last 4 digits

Dear BEN A. ZOHN,

Enclosed please find a final distribution check drawn on the account for the above referenced chapter 7 bankruptcy estate. You are receiving this distribution because you filed an allowed claim in the case.

| Claim # | Claimed Amount | Amount Allowed | Amount Paid |
|---------|----------------|----------------|-------------|
| 00164   | 1,491.00       | 1,491.00       | Total Payment - This Distribution: 101.46 |

Please cash this check immediately so that this account can be closed, and be advised that all checks outstanding for more then 90 days will be canceled and the proceeds tendered to the bankruptcy court.

Sincerely,

/s/ Christian H. Dribusch
Christian H. Dribusch, Trustee

BEN A. ZOHN
3B Woodridge Circle
Clifton Park NY 12065

REC'D & FILED 2009 AUG 19 PM 12:30 BANKRUPTCY COURT N.D. OF NY ALBANY

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

Christian H. Dribusch, Chapter 7 Trustee
The Patroon Building
Five Clinton Square
Albany NY 12207

BANK OF AMERICA
901 Main Street // 10th Floor // Dallas TX 75283

(Final distribution to Claim 00164, representing a
Payment of 6.80% per court order.)

| CASE NUMBER | ESTATE OF |
|---|---|
| 00-14303 | Debtor: NATIONAL FINANCE CORPORATION |

DATE 3/28/2009

32-1/1110
CHECK NUMBER 1173

AMOUNT *********101.46

PAY TO THE ORDER OF

BEN A. ZOHN
3B Woodridge Circle
Clifton Park NY 12065

One Hundred One Dollars And 46/100

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑂"001173⑂ ⑈:111000010⑈: 4436936015⑈"

---

Paid To: BEN A. ZOHN | Social Security Number:

Case Number 00-14303    Debtor Name: NATIONAL FINANCE CORPORATION    Case Tax ID: 14-1754357

Trustee: Christian H. Dribusch, Trustee, Christian H. Dribusch, Chapter 7 Trustee, The Patroon Building, Five Clinton Square, Albany NY 12207

| | | |
|---|---|---|
| Gross Earnings | $146.30 | Net Earnings |
| Federal Income Tax | $26.33 | |
| NYS Income Tax | $7.32 | |
| Medicare Employee | $2.12 | |
| Social Security | $9.07 | $101.46 |

REC'D & FILED
2009 AUG 19 PM 12:30
BANKRUPTCY COURT
N.D. OF NY
ALBANY