**CHRISTIAN H. DRIBUSCH**
TRUSTEE IN BANKRUPTCY

THE PATROON BUILDING
FIVE CLINTON SQUARE
ALBANY NY 12207

FAX: (518) 436-1662

(518) 436-1662

EMAIL: CDRIBUSCH@NYCAP.RR.COM

MARCH 28, 2009

NEW YORK STATE BANKING DEPT.
5 Empire State Plaza
Suite 2310
Albany, NY 12223-1555

Re:   **In re CORPORATION, NATIONAL FINANCE**
      **Case No. 00-14303-REL-7**
      Debtor(s) Social Security Number(s)- Last 4 digits

Dear NEW YORK STATE BANKING DEPT.,

Enclosed please find a final distribution check drawn on the account for the above referenced chapter 7 bankruptcy estate. You are receiving this distribution because you filed an allowed claim in the case.

| Claim # | Claimed Amount | Amount Allowed | Amount Paid |
|---------|----------------|----------------|-------------|
| 00320   | 31,391.59      | 31,391.59      | Total Payment - This Distribution: 3,080.25 |

Please cash this check immediately so that this account can be closed, and be advised that all checks outstanding for more then 90 days will be cancelled and the proceeds tendered to the bankruptcy court.

Sincerely,

/s/ Christian H. Dribusch
Christian H. Dribusch, Trustee

2009 AUG 19 PM 12:30
BANKRUPTCY COURT
N.D. OF N.Y.
ALBANY
REC'D & FILED

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

Christian H. Dribusch, Chapter 7 Trustee
The Patroon Building
Five Clinton Square
Albany NY 12207

901 Main Street // 10th Floor // Dallas TX 75283

**BANK OF AMERICA**

32-01110

CHECK NUMBER
**1093**

| CASE NUMBER | ESTATE OF | DATE | AMOUNT |
|---|---|---|---|
| 00-14303 | Debtor: NATIONAL FINANCE CORPORATION | 3/28/2009 | *******3,080.25 |

**PAY TO THE ORDER OF**

NEW YORK STATE BANKING DEPT.
5 Empire State Plaza
Suite 2310
Albany, NY 12223-1555

(Final distribution to Claim 00320, representing a
Payment of 9.81% per court order.)

*Three Thousand Eighty Dollars And 25/100*

Christian H. Dribusch, Chapter 7 Trustee
The Patroon Building
Five Clinton Square
Albany NY 12207

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑆00 1093⑆ ⑈1 11 0000 12⑈ 44 369360 15⑆

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

Date: 3/28/2009

Case Number 00-14303
Debtor Name: NATIONAL FINANCE CORPORATION

Check Number: 1093

Amount: $3,080.25

Paid To: **NEW YORK STATE BANKING DEPT.**
5 Empire State Plaza
Suite 2310
Albany, NY 12223-1555

Trustee: Christian H. Dribusch, Chapter 7 Trustee
The Patroon Building
Five Clinton Square
Albany NY 12207

REC'D & FILED

2009 AUG 19 PM 12: 30

BANKRUPTCY COURT
N.D. OF NY
ALBANY