**CHRISTIAN H. DRIBUSCH**
TRUSTEE IN BANKRUPTCY

THE PATROON BUILDING
FIVE CLINTON SQUARE
ALBANY NY 12207

(518) 436-1662

FAX: (518) 432-1996
EMAIL: CDRIBUSCH@NYCAP.RR.COM

MARCH 28, 2009

Re: **In re CORPORATION, NATIONAL FINANCE**
Case No. 00-14303-REL-7
Debtor(s) Social Security Number(s)- Last 4 digits

Dear SUZANNE LEIGH METCALF,

Enclosed please find a final distribution check drawn on the account for the above referenced chapter 7 bankruptcy estate. You are receiving this distribution because you filed an allowed claim in the case.

| Claim # | Claimed Amount | Amount Allowed | Amount Paid |
|---------|---------------|----------------|-------------|
| 00230   | 310.00        | 310.00         | Total Payment - This Distribution: 21.09 |

Please cash this check immediately so that this account can be closed, and be advised that all checks outstanding for more then 90 days will be cancelled and the proceeds tendered to the bankruptcy court.

Sincerely,

/s/ Christian H. Dribusch
Christian H. Dribusch, Trustee

SUZANNE LEIGH METCALF
7-A Bay Drive
Saratoga Springs NY 12866

2009 AUG 19 PM 12:29
REC'D & FILED
BANKRUPTCY COURT
N.D. OF NY
ALBANY

Christian H. Dribusch, Chapter 7 Trustee
The Patroon Building
Five Clinton Square
Albany NY 12207

(Final distribution to Claim 00230, representing a
Payment of 6.80% per court order.)

**BANK OF AMERICA**
901 Main Street / / 10th Floor / / Dallas TX 75283

32-1/1110
CHECK NUMBER
**1245**

PAY TO THE ORDER OF

| CASE NUMBER | ESTATE OF |
|---|---|
| 00-14303 | Debtor: NATIONAL FINANCE CORPORATION |

DATE: 3/28/2009
AMOUNT: *********21.09

SUZANNE LEIGH METCALF
7-A Bay Drive
Saratoga Springs NY 12866

*Twenty One Dollars And 09/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈"001245"⑈ ⑆:111000012: 443693601 6"⑈

Paid To: SUZANNE LEIGH METCALF | Social Security Number:

Case Number 00-14303    Debtor Name: NATIONAL FINANCE CORPORATION    Case Tax ID: 14-1754357

Trustee: Christian H. Dribusch, Trustee, Christian H. Dribusch, Chapter 7 Trustee, The Patroon Building, Five Clinton Square, Albany NY 12207

| Gross Earnings | $30.42 | Net Earnings | |
|---|---|---|---|
| Federal Income Tax | $5.48 | | |
| Social Security | $1.89 | | |
| Medicare Employee | $0.44 | | $21.09 |
| NYS Income Tax | $1.52 | | |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

REC'D & FILED 2009 AUG 19 PM 12:29