REC'D & FILED

2009 AUG 19 PM 12:27

CLERK OF THE
BANKRUPTCY COURT
N.D. OF NY
ALBANY

# CHRISTIAN H. DRIBUSCH
### TRUSTEE IN BANKRUPTCY

THE PATROON BUILDING
FIVE CLINTON SQUARE
ALBANY NY 12207

(518) 436-1662

FAX: (518) 432-1996
EMAIL: CDRIBUSCH@NYCAP.RR.COM

MARCH 28, 2009

Re: **In re CORPORATION, NATIONAL FINANCE**
Case No. 00-14303-REL-7
Debtor(s) Social Security Number(s)- Last 4 digits

Dear GINA LEVO,

Enclosed please find a final distribution check drawn on the account for the above referenced chapter 7 bankruptcy estate. You are receiving this distribution because you filed an allowed claim in the case.

| Claim # | Claimed Amount | Amount Allowed | Amount Paid |
|---------|----------------|----------------|-------------|
| 00239 | 832.00 | 832.00 | Total Payment - This Distribution: 56.62 |

Please cash this check immediately so that this account can be closed, and be advised that all checks outstanding for more then 90 days will be canceled and the proceeds tendered to the bankruptcy court.

Sincerely,

/s/ Christian H. Dribusch
Christian H. Dribusch, Trustee

GINA LEVO
82 Cresent S. Bldg. 3 Apt.2G
Saratoga Springs, NY 12866

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

Christian H. Dribusch, Chapter 7 Trustee
The Patroon Building
Five Clinton Square
Albany NY 12207

## BANK OF AMERICA
901 Main Street // 10th Floor // Dallas TX 75283

(Final distribution to Claim 00239, representing a Payment of 6.81% per court order.)

| | 32-1/1110 |
|---|---|
| | CHECK NUMBER |
| | 1043 |
| DATE | AMOUNT |
| 3/28/2009 | **********56.62 |

### PAY TO THE ORDER OF

GINA LEVO
82 Cresent S. Bldg. 3 Apt.2G
Saratoga Springs, NY 12866

| CASE NUMBER | ESTATE OF |
|---|---|
| 00-14303 | Debtor: NATIONAL FINANCE CORPORATION |

*Fifty Six Dollars And 62/100*

[signature: Christian H. Dribusch]

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⊕ SECURITY FEATURES INCLUDED. DETAILS ON BACK. ⊕

⑆001043⑆ ⑈111000012⑈ 4436936016⑈

---

Paid To: GINA LEVO

Case Number 00-14303      Debtor Name: NATIONAL FINANCE CORPORATION      Social Security Number:

Trustee: Christian H. Dribusch, Trustee, Christian H. Dribusch, Chapter 7 Trustee, The Patroon Building, Five Clinton Square, Albany NY 12207      Case Tax ID: 14-1754357

| | | | |
|---|---|---|---|
| Gross Earnings | $81.64 | Net Earnings | $56.62 |
| Medicare Employee | $1.18 | | |
| Federal Income Tax | $14.70 | | |
| Social Security | $5.06 | | |
| NYS Income Tax | $4.08 | | |

REC'D & FILED
2009 AUG 19 PM 12:27
CLERK OF THE
BANKRUPTCY COURT
N.D. OF NY
ALBANY