CHRISTIAN H. DRIBUSCH
TRUSTEE IN BANKRUPTCY

THE PATROON BUILDING
FIVE CLINTON SQUARE
ALBANY NY 12207

(518) 436-1662

FAX: (518) 432-1996
EMAIL: CDRIBUSCH@NYCAP.RR.COM

MARCH 28, 2009

Re: In re CORPORATION, NATIONAL FINANCE
Case No. 00-14303-REL-7
Debtor(s) Social Security Number(s)- Last 4 digits

Dear JOCELYN M. KENTON,

Enclosed please find a final distribution check drawn on the account for the above referenced chapter 7 bankruptcy estate. You are receiving this distribution because you filed an allowed claim in the case.

| Claim # | Claimed Amount | Amount Allowed | Amount Paid |
|---------|----------------|----------------|-------------|
| 00350 | 1,142.50 | 1,142.50 | Total Payment - This Distribution: 77.74 |

Please cash this check immediately so that this account can be closed, and be advised that all checks outstanding for more then 90 days will be canceled and the proceeds tendered to the bankruptcy court.

Sincerely,

/s/ Christian H. Dribusch
Christian H. Dribusch, Trustee

JOCELYN M. KENTON
18 Taylor St.
Cohoes NY 12047

Christian H. Dribusch, Chapter 7 Trustee
The Patroon Building
Five Clinton Square
Albany NY 12207

**BANK OF AMERICA**
901 Main Street // 10th Floor // Dallas TX 75283

(Final distribution to Claim 00350, representing a Payment of 6.80% per court order.)

32-1/1110
CHECK NUMBER
**1122**

DATE: 3/28/2009
AMOUNT: **********77.74

PAY TO THE ORDER OF

JOCELYN M. KENTON
18 Taylor St.
Cohoes NY 12047

| CASE NUMBER | ESTATE OF |
|---|---|
| 00-14303 | Debtor: NATIONAL FINANCE CORPORATION |

*Seventy Seven Dollars And 74/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑆00¬¬22⑈ ⑈¬¬¬0000¬⑆ 44369360¬5⑈

---

| Paid To: JOCELYN M. KENTON | Social Security Number: |
|---|---|
| Case Number 00-14303 | Debtor Name: NATIONAL FINANCE CORPORATION |
| Trustee: Christian H. Dribusch, Trustee, Christian H. Dribusch, Chapter 7 Trustee, The Patroon Building, Five Clinton Square, Albany NY 12207 | Case Tax ID: 14-1754357 |

| Gross Earnings | $112.11 | Net Earnings | |
|---|---|---|---|
| Medicare Employee | $1.63 | | |
| NYS Income Tax | $5.61 | | |
| Federal Income Tax | $20.18 | | |
| Social Security | $6.95 | | $77.74 |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

REC'D & FILED
2009 AUG 19 PM 12:30
BANKRUPTCY COURT
N.D. OF NY
ALBANY