**CHRISTIAN H. DRIBUSCH**
TRUSTEE IN BANKRUPTCY

THE PATROON BUILDING
FIVE CLINTON SQUARE
ALBANY NY 12207

(518) 436-1662

FAX: (518) 432-1996
EMAIL: CDRIBUSCH@NYCAP.RR.COM

MARCH 28, 2009

Re: **In re CORPORATION, NATIONAL FINANCE**
**Case No. 00-14303-REL-7**
Debtor(s) Social Security Number(s)- Last 4 digits

Dear RUSSELL H LEVINE,

Enclosed please find a final distribution check drawn on the account for the above referenced chapter 7 bankruptcy estate. You are receiving this distribution because you filed an allowed claim in the case.

| Claim # | Claimed Amount | Amount Allowed | Amount Paid |
|---|---|---|---|
| 00201 | 16,276.57 | 4,000.00 | Total Payment - This Distribution: 272.20 |

Please cash this check immediately so that this account can be closed, and be advised that all checks outstanding for more then 90 days will be canceled and the proceeds tendered to the bankruptcy court.

Sincerely,

/s/ Christian H. Dribusch
Christian H. Dribusch, Trustee

RUSSELL H LEVINE
4 Lexington Court
Clifton Park NY 12065

REC'D & FILED
2009 AUG 19 PM 12:29
CLERK OF THE
BANKRUPTCY COURT
N.D. OF NY
ALBANY

BANK OF AMERICA
901 Main Street // 10th Floor // Dallas TX 75283

32-1/1110
CHECK NUMBER
1134

Christian H. Dribusch, Chapter 7 Trustee
The Patroon Building
Five Clinton Square
Albany NY 12207

(Final distribution to Claim 00201, representing a Payment of 6.80% per court order.)

| CASE NUMBER | ESTATE OF | DATE | AMOUNT |
|---|---|---|---|
| 00-14303 | Debtor: NATIONAL FINANCE CORPORATION | 3/28/2009 | *******272.20 |

PAY TO THE ORDER OF

RUSSELL H LEVINE
4 Lexington Court
Clifton Park NY 12065

Two Hundred Seventy Two Dollars And 20/100

[signature] Christian H. Dribusch

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑆ SECURITY FEATURES INCLUDED. DETAILS ON BACK. ⑆

⑈001134⑈ ⑆111000012⑆ 4436936016⑈

---

Paid To: RUSSELL H LEVINE

Case Number 00-14303    Debtor Name: NATIONAL FINANCE CORPORATION    Case Tax ID: 14-1754357

Trustee: Christian H. Dribusch, Trustee, Christian H. Dribusch, Chapter 7 Trustee, The Patroon Building, Five Clinton Square, Albany NY 12207

| | | Social Security Number: | |
|---|---|---|---|
| Gross Earnings | $392.49 | Net Earnings | $272.20 |
| NYS Income Tax | $19.62 | | |
| Medicare Employee | $5.69 | | |
| Federal Income Tax | $70.65 | | |
| Social Security | $24.33 | | |

REC'D & FILED
2009 AUG 19 PM 12:29
CLERK OF THE
BANKRUPTCY COURT
N.D. OF NY
ALBANY