CHRISTIAN H. DRIBUSCH
TRUSTEE IN BANKRUPTCY

THE PATROON BUILDING
FIVE CLINTON SQUARE
ALBANY NY 12207

(518) 436-1662

FAX: (518) 432-1996
EMAIL: CDRIBUSCH@NYCAP.RR.COM

MARCH 28, 2009

Re:  In re CORPORATION, NATIONAL FINANCE
Case No. 00-14303-REL-7
Debtor(s) Social Security Number(s)- Last 4 digits

Dear ROBIN L. SCHEIMBAUER,

Enclosed please find a final distribution check drawn on the account for the above referenced chapter 7 bankruptcy estate. You are receiving this distribution because you filed an allowed claim in the case.

| Claim # | Claimed Amount | Amount Allowed | Amount Paid |
|---|---|---|---|
| 00235 | 1,099.85 | 1,099.85 | Total Payment - This Distribution: 74.83 |

Please cash this check immediately so that this account can be closed, and be advised that all checks outstanding for more then 90 days will be cancelled and the proceeds tendered to the bankruptcy court.

Sincerely,

/s/ Christian H. Dribusch
Christian H. Dribusch, Trustee

ROBIN L. SCHEIMBAUER
370 Daniels Rd. #17
Saratoga Springs, NY 12866

REC'D & FILED
2009 AUG 19 PM 12:30
BANKRUPTCY COURT
N.D. OF NY
ALBANY

| | | | | 32-1/1110 |
|---|---|---|---|---|
| | | | | CHECK NUMBER |
| | **BANK OF AMERICA** | | | 1127 |
| | 901 Main Street // 10th Floor // Dallas TX 75283 | | | |

Christian H. Dribusch, Chapter 7 Trustee
The Patroon Building
Five Clinton Square
Albany NY 12207

(Final distribution to Claim 00235, representing a
Payment of 6.80% per court order.)

| DATE | AMOUNT |
|---|---|
| 3/28/2009 | ***********74.83 |

PAY TO THE ORDER OF

ROBIN L. SCHEIMBAUER
370 Daniels Rd. #17
Saratoga Springs, NY 12866

| CASE NUMBER | ESTATE OF |
|---|---|
| 00-14303 | Debtor: NATIONAL FINANCE CORPORATION |

*Seventy Four Dollars And 83/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑆ SECURITY FEATURES INCLUDED. DETAILS ON BACK. ⑆

⑈001127⑈ ⑆111000012⑆ 443693601 5⑈

---

| Paid To: ROBIN L. SCHEIMBAUER | Social Security Number: | |
|---|---|---|
| Case Number 00-14303 | Debtor Name: NATIONAL FINANCE CORPORATION | Case Tax ID: 14-1754357 |
| Trustee: Christian H. Dribusch, Trustee, Christian H. Dribusch, Trustee, The Patroon Building, Five Clinton Square, Albany NY 12207 | | |

| | | |
|---|---|---|
| Gross Earnings | $107.92 | Net Earnings |
| NYS Income Tax | $5.40 | |
| Social Security | $6.69 | |
| Medicare Employee | $1.57 | |
| Federal Income Tax | $19.43 | $74.83 |

REC'D & FILED
2009 AUG 19 PM 12:30
BANKRUPTCY COURT
N.D. OF NY
ALBANY