CHRISTIAN H. DRIBUSCH
TRUSTEE IN BANKRUPTCY

THE PATROON BUILDING
FIVE CLINTON SQUARE
ALBANY NY 12207

(518) 436-1662

FAX: (518) 432-1996
EMAIL: CDRIBUSCH@NYCAP.RR.COM

MARCH 28, 2009

Re: **In re CORPORATION, NATIONAL FINANCE**
Case No. 00-14303-REL-7
Debtor(s) Social Security Number(s)- Last 4 digits

Dear DANIEL G BLAGRIFF,

Enclosed please find a final distribution check drawn on the account for the above referenced chapter 7 bankruptcy estate. You are receiving this distribution because you filed an allowed claim in the case.

| Claim # | Claimed Amount | Amount Allowed | Amount Paid |
|---------|----------------|----------------|-------------|
| 00147   | 3,384.64       | 3,384.64       | Total Payment - This Distribution 230.31 |

Please cash this check immediately so that this account can be closed, and be advised that all checks outstanding for more then 90 days will be canceled and the proceeds tendered to the bankruptcy court.

Sincerely,

/s/ Christian H. Dribusch
Christian H. Dribusch, Trustee

DANIEL G BLAGRIFF
5964 Bent Pine Dr
Apt #363
Orlando FL 23330

REC'D & FILED
2009 AUG 19 PM 12:27
BANKRUPTCY COURT
N.D. OF NY
ALBANY

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

Christian H. Dribusch, Chapter 7 Trustee
The Patroon Building
Five Clinton Square
Albany NY 12207

**BANK OF AMERICA**
901 Main Street // 10th Floor // Dallas TX 75283

(Final distribution to Claim 00147, representing a Payment of 6.80% per court order.)

32-1/1110
CHECK NUMBER
**1205**

PAY TO THE ORDER OF

| CASE NUMBER | ESTATE OF | DATE | AMOUNT |
|---|---|---|---|
| 00-14303 | Debtor: NATIONAL FINANCE CORPORATION | 3/28/2009 | **********230.31 |

DANIEL G BLAGRIFF
5964 Bent Pine Dr
Apt #363
Orlando FL 23330

*Two Hundred Thirty Dollars And 31/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⚀ SECURITY FEATURES INCLUDED. DETAILS ON BACK. ⚀

⑈"001205"⑈  ⑆111000012⑆:  4436936018⑈"

---

Paid To: DANIEL G BLAGRIFF | Social Security Number:

Case Number 00-14303 | Debtor Name: NATIONAL FINANCE CORPORATION | Case Tax ID: 14-1754357

Trustee: Christian H. Dribusch, Trustee, Christian H. Dribusch, Chapter 7 Trustee, The Patroon Building, Five Clinton Square, Albany NY 12207

| Gross Earnings | $332.11 | Net Earnings | $230.31 |
|---|---|---|---|
| Medicare Employee | $4.82 | | |
| NYS Income Tax | $16.61 | | |
| Social Security | $20.59 | | |
| Federal Income Tax | $59.78 | | |

REC'D & FILED
2009 AUG 19 PM 12:27
BANKRUPTCY COURT
N.D. OF NY
ALBANY