REC'D & FILED

2009 AUG 19 PM 12:27

CLERK OF THE
BANKRUPTCY COURT
N.D. OF NY
ALBANY

**CHRISTIAN H. DRIBUSCH**
TRUSTEE IN BANKRUPTCY

THE PATROON BUILDING
FIVE CLINTON SQUARE
ALBANY NY 12207

(518) 436-1662
FAX: (518) 432-1996
EMAIL: CDRIBUSCH@NYCAP.RR.COM

MARCH 28, 2009

Re:   In re CORPORATION, NATIONAL FINANCE
      Case No. 00-14303-REL-7
      Debtor(s) Social Security Number(s)- Last 4 digits

Dear CYNTHIA A. REYNOLDS,

Enclosed please find a final distribution check drawn on the account for the above referenced chapter 7 bankruptcy estate. You are receiving this distribution because you filed an allowed claim in the case.

| Claim # | Claimed Amount | Amount Allowed | Amount Paid |
|---|---|---|---|
| 00343 | 3,000.00 | 3,000.00 | Total Payment - This Distribution: 204.14 |

Please cash this check immediately so that this account can be closed, and be advised that all checks outstanding for more then 90 days will be canceled and the proceeds tendered to the bankruptcy court.

Sincerely,

/s/ Christian H. Dribusch
Christian H. Dribusch, Trustee

CYNTHIA A. REYNOLDS
864 E. Church Ave.
Longwood, FL 32750-5385

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

Christian H. Dribusch, Chapter 7 Trustee
The Patroon Building
Five Clinton Square
Albany NY 12207

(Final distribution to Claim 00343, representing a
Payment of 6.80% per court order.)

# BANK OF AMERICA
901 Main Street // 10th Floor // Dallas TX 75283

32-1/1110
CHECK NUMBER
1257

PAY TO THE ORDER OF

CYNTHIA A. REYNOLDS
864 E. Church Ave.
Longwood, FL 32750-5385

| CASE NUMBER | ESTATE OF |
|---|---|
| 00-14303 | Debtor: NATIONAL FINANCE CORPORATION |

DATE 3/28/2009

AMOUNT **********204.14

*Two Hundred Four Dollars And 14/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑴"001257⑴" ⑴:111000012: 443693601611⑴

Paid To: CYNTHIA A. REYNOLDS | Social Security Number:

Case Number 00-14303   Debtor Name: NATIONAL FINANCE CORPORATION   Case Tax ID: 14-1754357

Trustee: Christian H. Dribusch, Trustee, Christian H. Dribusch, Chapter 7 Trustee, The Patroon Building, Five Clinton Square, Albany NY 12207

| Gross Earnings | $294.37 | Net Earnings | |
|---|---|---|---|
| Federal Income Tax | $52.99 | | |
| Medicare Employee | $4.27 | | |
| Social Security | $18.25 | | |
| NYS Income Tax | $14.72 | | $204.14 |

REC'D & FILED
2009 AUG 19 PM 12:27
CLERK OF THE
BANKRUPTCY COURT
N.D. OF N.Y.
ALBANY