**CHRISTIAN H. DRIBUSCH**
TRUSTEE IN BANKRUPTCY

THE PATROON BUILDING
FIVE CLINTON SQUARE
ALBANY NY 12207

(518) 436-1662

FAX: (518) 432-1996
EMAIL: CDRIBUSCH@NYCAP.RR.COM

MARCH 28, 2009

Re: **In re CORPORATION, NATIONAL FINANCE**
Case No. 00-14303-REL-7
Debtor(s) Social Security Number(s)- Last 4 digits

Dear GOLDMAN APPRAISAL SERVER,

Enclosed please find a final distribution check drawn on the account for the above referenced chapter 7 bankruptcy estate. You are receiving this distribution because you filed an allowed claim in the case.

| Claim # | Claimed Amount | Amount Allowed | Amount Paid |
|---|---|---|---|
| 00029 | 2,950.00 | 2,950.00 | Total Payment - This Distribution: 289.46 |

Please cash this check immediately so that this account can be closed, and be advised that all checks outstanding for more then 90 days will be canceled and the proceeds tendered to the bankruptcy court.

Sincerely,

/s/ Christian H. Dribusch
Christian H. Dribusch, Trustee

GOLDMAN APPRAISAL SERVER
266 Albany Ave.
Kingston, NY 12401

REC'D & FILED
2009 AUG 19 PM 12:27
CLERK OF THE
BANKRUPTCY COURT
N.D. OF NY
ALBANY

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

Christian H. Dribusch, Chapter 7 Trustee
The Patroon Building
Five Clinton Square
Albany NY 12207

**BANK OF AMERICA**
901 Main Street // 10th Floor // Dallas TX 75283

32-1/1110
CHECK NUMBER
1074

(Final distribution to Claim 00029, representing a Payment of 9.81% per court order.)

**PAY TO THE ORDER OF**

GOLDMAN APPRAISAL SERVER
266 Albany Ave.
Kingston, NY 12401

| CASE NUMBER | ESTATE OF |
|---|---|
| 00-14303 | Debtor: NATIONAL FINANCE CORPORATION |

| DATE | AMOUNT |
|---|---|
| 3/28/2009 | **********289.46 |

*Two Hundred Eighty Nine Dollars And 46/100*

[signature] Christian H. Dribusch

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑆00⑆074⑆ ⑇111000012⑇ 44369360 15⑆

---

Date: 3/28/2009 | Check Number: 1074

Paid To: **GOLDMAN APPRAISAL SERVER**
266 Albany Ave.
Kingston, NY 12401

Case Number 00-14303
Debtor Name: NATIONAL FINANCE CORPORATION

Trustee: Christian H. Dribusch, Chapter 7 Trustee
The Patroon Building
Five Clinton Square
Albany NY 12207

Amount: $289.46

---

REC'D & FILED
2009 AUG 19 PM 12:27
BANKRUPTCY COURT
N.D. OF NY
ALBANY