**CHRISTIAN H. DRIBUSCH**
TRUSTEE IN BANKRUPTCY

THE PATROON BUILDING
FIVE CLINTON SQUARE
ALBANY NY 12207

(518) 436-1662

FAX: (518) 432-1996
EMAIL: CDRIBUSCH@NYCAP.RR.COM

MARCH 28, 2009

Re: **In re CORPORATION, NATIONAL FINANCE**
Case No. 00-14303-REL-7
Debtor(s) Social Security Number(s)- Last 4 digits

Dear PINKERTON SYSTEMS INTEGRATION,

Enclosed please find a final distribution check drawn on the account for the above referenced chapter 7 bankruptcy estate. You are receiving this distribution because you filed an allowed claim in the case.

| Claim # | Claimed Amount | Amount Allowed | Amount Paid |
|---|---|---|---|
| 00020 | 4,135.55 | 4,135.55 | Total Payment - This Distribution: 405.79 |

Please cash this check immediately so that this account can be closed, and be advised that all checks outstanding for more then 90 days will be canceled and the proceeds tendered to the bankruptcy court.

Sincerely,

/s/ Christian H. Dribusch
Christian H. Dribusch, Trustee

PINKERTON SYSTEMS INTEGRATION
4995 Avalon Ridge Parkway, Suite 100
Norcross, GA 30071

REC'D & FILED
2009 AUG 19 PM 12:29
BANKRUPTCY COURT
N.D. OF NY
ALBANY

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

Christian H. Dribusch, Chapter 7 Trustee
The Patroon Building
Five Clinton Square
Albany NY 12207

**BANK OF AMERICA**
901 Main Street // 10th Floor // Dallas TX 75283

32-1/1110
CHECK NUMBER
1101

(Final distribution to Claim 00020, representing a
Payment of 9.81% per court order.)

PAY TO THE ORDER OF

| CASE NUMBER | ESTATE OF |
|---|---|
| 00-14303 | Debtor: NATIONAL FINANCE CORPORATION |

| DATE | AMOUNT |
|---|---|
| 3/28/2009 | *********405.79 |

PINKERTON SYSTEMS INTEGRATION
4995 Avalon Ridge Parkway, Suite 100
Norcross, GA 30071

*Four Hundred Five Dollars And 79/100*

⌐"001101"⌐  ⌐:111000121: 443693601⌐"

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

---

Date: 3/28/2009 | Check Number: 1101

Case Number 00-14303
Debtor Name: NATIONAL FINANCE CORPORATION

Paid To: **PINKERTON SYSTEMS INTEGRATION**
4995 Avalon Ridge Parkway, Suite 100
Norcross, GA 30071

Trustee: Christian H. Dribusch, Chapter 7 Trustee
The Patroon Building
Five Clinton Square
Albany NY 12207

Amount: $405.79

REC'D & FILED 2009 AUG 19 PM 12:29 BANKRUPTCY COURT N.D. OF NY ALBANY