CHRISTIAN H. DRIBUSCH
TRUSTEE IN BANKRUPTCY

THE PATROON BUILDING
FIVE CLINTON SQUARE
ALBANY NY 12207

(518) 436-1662

FAX: (518) 432-1996
EMAIL: CDRIBUSCH@NYCAP.RR.COM

MARCH 28, 2009

Re: **In re CORPORATION, NATIONAL FINANCE**
Case No. 00-14303-REL-7
Debtor(s) Social Security Number(s) - Last 4 digits

Dear JAMIED SAVAGE,

Enclosed please find a final distribution check drawn on the account for the above referenced chapter 7 bankruptcy estate. You are receiving this distribution because you filed an allowed claim in the case.

| Claim # | Claimed Amount | Amount Allowed | Amount Paid |
|---------|----------------|----------------|-------------|
| 00043 | 2,157.69 | 2,157.69 | Total Payment - This Distribution: 146.82 |

Please cash this check immediately so that this account can be closed, and be advised that all checks outstanding for more then 90 days will be canceled and the proceeds tendered to the bankruptcy court.

Sincerely,

/s/ Christian H. Dribusch
Christian H. Dribusch, Trustee

JAMIED SAVAGE
350 Austin Way
Auburn GA 30011

REC'D & FILED
2009 AUG 19 PM 12:27
CLERK OF THE
BANKRUPTCY COURT
N.D. OF NY
ALBANY

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

Christian H. Dribusch, Chapter 7 Trustee
The Patroon Building
Five Clinton Square
Albany NY 12207

**BANK OF AMERICA**
901 Main Street / / 10th Floor / / Dallas TX 75283

(Final distribution to Claim 00043, representing a
Payment of 6.80% per court order.)

32-1/1110
CHECK NUMBER
**1069**

PAY TO THE ORDER OF

JAMIED SAVAGE
350 Austin Way
Auburn GA 30011

| CASE NUMBER | ESTATE OF |
|---|---|
| 00-14303 | Debtor: NATIONAL FINANCE CORPORATION |

DATE: 3/28/2009
AMOUNT: **********146.82

*One Hundred Forty Six Dollars And 82/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑴"001069"⑴ ⑴:111000012:: 4436936015⑴"

---

| Paid To: JAMIED SAVAGE | Social Security Number: | |
|---|---|---|
| Case Number 00-14303 | Debtor Name: NATIONAL FINANCE CORPORATION | Case Tax ID: 14-1754357 |
| Trustee: Christian H. Dribusch, Trustee, Christian H. Dribusch, Chapter 7 Trustee, The Patroon Building, Five Clinton Square, Albany NY 12207 | | |

| | | |
|---|---|---|
| Gross Earnings | $211.72 | Net Earnings |
| Federal Income Tax | $38.11 | |
| Social Security | $13.13 | |
| Medicare Employee | $3.07 | |
| NYS Income Tax | $10.59 | $146.82 |

REC'D & FILED
2009 AUG 19 PM 12:27
CLERK OF THE
BANKRUPTCY COURT
N.D. OF N.Y.
ALBANY