CHRISTIAN H. DRIBUSCH
TRUSTEE IN BANKRUPTCY

THE PATROON BUILDING
FIVE CLINTON SQUARE
ALBANY NY 12207

(518) 436-1662

FAX: (518) 432-1996
EMAIL: CDRIBUSCH@NYCAP.RR.COM

MARCH 28, 2009

Re: In re CORPORATION, NATIONAL FINANCE
Case No. 00-14303-REL-7
Debtor(s) Social Security Number(s) - Last 4 digits

Dear COPELAND& COPELAND INC.,

Enclosed please find a final distribution check drawn on the account for the above referenced chapter 7 bankruptcy estate. You are receiving this distribution because you filed an allowed claim in the case.

| Claim # | Claimed Amount | Amount Allowed | Amount Paid |
|---------|----------------|----------------|-------------|
| 00023 | 300.00 | 300.00 | Total Payment - This Distribution: 29.44 |

Please cash this check immediately so that this account can be closed, and be advised that all checks outstanding for more then 90 days will be canceled and the proceeds tendered to the bankruptcy court.

Sincerely,

/s/ Christian H. Dribusch
Christian H. Dribusch, Trustee

COPELAND& COPELAND INC.
P.O. Box 541
Camillus NY 13031-0541

# BANK OF AMERICA

901 Main Street // 10th Floor // Dallas TX 75283

32-1/1110

| CASE NUMBER | ESTATE OF |
|---|---|
| 00-14303 | Debtor: NATIONAL FINANCE CORPORATION |

| DATE | AMOUNT | CHECK NUMBER |
|---|---|---|
| 3/28/2009 | *********29.44 | 1183 |

Christian H. Dribusch, Chapter 7 Trustee
The Patroon Building
Five Clinton Square
Albany NY 12207

(Final distribution to Claim 00023, representing a Payment of 9.81% per court order.)

PAY TO THE ORDER OF

COPELAND& COPELAND INC.
P.O. Box 541
Camillus NY 13031-0541

Twenty Nine Dollars And 44/100

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑪"001183⑪" ⑯:111000011:: 4436936015⑪"

---

| Date: 3/28/2009 | Check Number: 1183 |
|---|---|

Debtor Name: NATIONAL FINANCE CORPORATION
Case Number 00-14303

| Paid To: COPELAND& COPELAND INC.<br>P.O. Box 541<br>Camillus NY 13031-0541 | Trustee: Christian H. Dribusch, Chapter 7 Trustee<br>The Patroon Building<br>Five Clinton Square<br>Albany NY 12207 |
|---|---|
| | Amount: $29.44 |

REC'D & FILED
2009 AUG 19 PM 12:29
BANKRUPTCY COURT
N.D. OF NY
ALBANY