**CHRISTIAN H. DRIBUSCH**
TRUSTEE IN BANKRUPTCY

THE PATROON BUILDING
FIVE CLINTON SQUARE
ALBANY NY 12207

(518) 436-1662

FAX: (518) 432-1996
EMAIL: CDRIBUSCH@NYCAP.RR.COM

MARCH 28, 2009

Re: In re CORPORATION, NATIONAL FINANCE.
Case No. 00-14303-REL-7
Debtor(s) Social Security Number(s)- Last 4 digits

Dear MICHAELR SPAULDING,

Enclosed please find a final distribution check drawn on the account for the above referenced chapter 7 bankruptcy estate. You are receiving this distribution because you filed an allowed claim in the case.

| Claim # | Claimed Amount | Amount Allowed | Amount Paid |
|---|---|---|---|
| 00118 | 807.68 | 807.68 | Total Payment - This Distribution: 54.97 |

Please cash this check immediately so that this account can be closed, and be advised that all checks outstanding for more then 90 days will be canceled and the proceeds tendered to the bankruptcy court.

Sincerely,

/s/ Christian H. Dribusch
Christian H. Dribusch, Trustee

MICHAELR SPAULDING
5245 East 16th St.
Indianapolis IN 46218



REC'D & FILED
2009 AUG 19 PM 12:27
CLERK OF THE
BANKRUPTCY COURT
N.D. OF NY
ALBANY

Christian H. Dribusch, Chapter 7 Trustee
The Patroon Building
Five Clinton Square
Albany NY 12207

# BANK OF AMERICA

901 Main Street / / 10th Floor / / Dallas TX 75283

(Final distribution to Claim 00118, representing a
Payment of 6.81% per court order.)

| CASE NUMBER | ESTATE OF |
| --- | --- |
| 00-14303 | Debtor: NATIONAL FINANCE CORPORATION |

32-1/1110
CHECK NUMBER
**1090**

DATE **3/28/2009**

AMOUNT **\*\*\*\*\*\*\*\*\*\*54.97**

PAY TO THE ORDER OF

MICHAELR SPAULDING
5245 East 16th St.
Indianapolis IN 46218

*Fifty Four Dollars And 97/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑀ SECURITY FEATURES INCLUDED. DETAILS ON BACK. ⑀

⑊'001090⑊' ⑉:111000013⑉: 443693601 5⑊'

Paid To: MICHAELR SPAULDING

Case Number 00-14303  Debtor Name: NATIONAL FINANCE CORPORATION  Case Tax ID: 14-1754357

Trustee: Christian H. Dribusch, Trustee, The Patroon Building, Five Clinton Square, Albany NY 12207

| Gross Earnings | $79.25 | Net Earnings | $54.97 |
| --- | --- | --- | --- |
| NYS Income Tax | $3.96 | Social Security Number: | |
| Medicare Employee | $1.15 | | |
| Federal Income Tax | $14.26 | | |
| Social Security | $4.91 | | |

REC'D & FILED
2009 AUG 19 PM 12:27
BANKRUPTCY COURT
N.D. OF NY
ALBANY