CHRISTIAN H. DRIBUSCH
TRUSTEE IN BANKRUPTCY

THE PATROON BUILDING
FIVE CLINTON SQUARE
ALBANY NY 12207

(518) 436-1662

FAX: (518) 432-1996
EMAIL: CDRIBUSCH@NYCAP.RR.COM

MARCH 28, 2009

Re: In re CORPORATION, NATIONAL FINANCE
Case No. 00-14303-REL-7
Debtor(s) Social Security Number(s) - Last 4 digits

Dear ASSOCIATES CAPITAL BANK,

Enclosed please find a final distribution check drawn on the account for the above referenced chapter 7 bankruptcy estate. You are receiving this distribution because you filed an allowed claim in the case.

| Claim # | Claimed Amount | Amount Allowed | Amount Paid |
|---------|----------------|----------------|-------------|
| 00004   | 103.20         | 103.20         | Total Payment - This Distribution: 10.13 |

Please cash this check immediately so that this account can be closed, and be advised that all checks outstanding for more then 90 days will be canceled and the proceeds tendered to the bankruptcy court.

Sincerely,

/s/ Christian H. Dribusch
Christian H. Dribusch, Trustee

ASSOCIATES CAPITAL BANK
DBA: Officmax Credit Plan
Dept: 18-00132O723
Sioux Falls, SD 57117
POB 7004

REC'D & FILED
2009 AUG 19 PM 12: 29
BANKRUPTCY COURT
N.D. OF NY
ALBANY

BANK OF AMERICA
901 Main Street // 10th Floor // Dallas TX 75283

32-1/1110
CHECK NUMBER 1045

Christian H. Dribusch, Chapter 7 Trustee
The Patroon Building
Five Clinton Square
Albany NY 12207

(Final distribution to Claim 00004, representing a
Payment of 9.82% per court order.)

| CASE NUMBER | ESTATE OF | DATE | AMOUNT |
|---|---|---|---|
| 00-14303 | Debtor: NATIONAL FINANCE CORPORATION | 3/28/2009 | **********10.13 |

PAY TO THE ORDER OF

ASSOCIATES CAPITAL BANK
DBA: Officmax Credit Plan
Dept: 18-00132 0723
POB 7004
Sioux Falls, SD 57117

Ten Dollars And 13/100

*Signature*
RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⊕ SECURITY FEATURES INCLUDED. DETAILS ON BACK. ⊕

⑈"001045"⑈ ⑆111000012⑆ 4436936016⑈"

---

| Date: 3/28/2009 | Check Number: 1045 | Amount: $10.13 |
|---|---|---|

Case Number 00-14303
Debtor Name: NATIONAL FINANCE CORPORATION

Paid To: **ASSOCIATES CAPITAL BANK**
DBA: Officmax Credit Plan
Dept: 18-00132 0723
POB 7004
Sioux Falls, SD 57117 .

Trustee: Christian H. Dribusch, Chapter 7 Trustee
The Patroon Building
Five Clinton Square
Albany NY 12207

*Stamp: RECEIVED & FILED 2009 AUG 19 PM 12:29 BANKRUPTCY COURT N.D. OF NY ALBANY*