CHRISTIAN H. DRIBUSCH
TRUSTEE IN BANKRUPTCY

THE PATROON BUILDING
FIVE CLINTON SQUARE
ALBANY NY 12207

(518) 436-1662

FAX: (518) 432-1996
EMAIL: CDRIBUSCH@NYCAP.RR.COM

MARCH 28, 2009

Re: In re CORPORATION, NATIONAL FINANCE
Case No. 00-14303-REL-7
Debtor(s) Social Security Number(s)- Last 4 digits

Dear AES GROUP/ US SURVEYORS,

Enclosed please find a final distribution check drawn on the account for the above referenced chapter 7 bankruptcy estate. You are receiving this distribution because you filed an allowed claim in the case.

| Claim # | Claimed Amount | Amount Allowed | Amount Paid |
|---------|---------------|----------------|-------------|
| 00176 | 1,470.00 | 1,470.00 | Total Payment - This Distribution: 144.24 |

Please cash this check immediately so that this account can be closed, and be advised that all checks outstanding for more then 90 days will be canceled and the proceeds tendered to the bankruptcy court.

Sincerely,

/s/ Christian H. Dribusch
Christian H. Dribusch, Trustee

AES GROUP/ US SURVEYORS
605 State Street
P.O. Box 15
Newburgh IN 47629

REC'D & FILED
2009 AUG 19 PM 12:27
BANKRUPTCY COURT
N.D. OF NY
ALBANY

BANK OF AMERICA
901 Main Street // 10th Floor // Dallas TX 75283

Christian H. Dribusch, Chapter 7 Trustee
The Patroon Building
Five Clinton Square
Albany NY 12207

32-1/1110
CHECK NUMBER
1094

(Final distribution to Claim 00176, representing a
Payment of 9.81% per court order.)

PAY TO THE ORDER OF

AES GROUP/ US SURVEYORS
605 State Street
P.O. Box 15
Newburgh IN 47629

| CASE NUMBER | ESTATE OF | DATE | AMOUNT |
|---|---|---|---|
| 00-14303 | Debtor: NATIONAL FINANCE CORPORATION | 3/28/2009 | *********144.24 |

*One Hundred Forty Four Dollars And 24/100*

[signature] Christian H. Dribusch

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑆ SECURITY FEATURES INCLUDED. DETAILS ON BACK. ⑆

⑈001094⑈ ⑆111000012⑆ 4436936015⑈

---

| Date: 3/28/2009 | Check Number: 1094 | |
|---|---|---|
| Case Number 00-14303 | | Amount: $144.24 |
| Debtor Name: NATIONAL FINANCE CORPORATION | | |

| Paid To: AES GROUP/ US SURVEYORS | Trustee: Christian H. Dribusch, Chapter 7 Trustee |
|---|---|
| 605 State Street | The Patroon Building |
| P.O. Box 15 | Five Clinton Square |
| Newburgh IN 47629 | Albany NY 12207 |

REC'D & FILED
2009 AUG 19 PM 12:28
BANKRUPTCY COURT
N.D. OF NY
ALBANY