REC'D & FILED

2009 AUG 19 PM 12:29

BANKRUPTCY COURT
N.D. OF NY
ALBANY

**CHRISTIAN H. DRIBUSCH**
TRUSTEE IN BANKRUPTCY

THE PATROON BUILDING
FIVE CLINTON SQUARE
ALBANY NY 12207

(518) 436-1662

FAX: (518) 432-1996
EMAIL: CDRIBUSCH@NYCAP.RR.COM

MARCH 28, 2009

Re: **In re CORPORATION, NATIONAL FINANCE**
Case No. 00-14303-REL-7
Debtor(s) Social Security Number(s)- Last 4 digits

Dear JESSICAM RAUCCI,

Enclosed please find a final distribution check drawn on the account for the above referenced chapter 7 bankruptcy estate. You are receiving this distribution because you filed an allowed claim in the case.

| Claim # | Claimed Amount | Amount Allowed | Amount Paid |
|---------|----------------|----------------|-------------|
| 00184   | 600.00         | 600.00         | Total Payment - This Distribution: 40.83 |

Please cash this check immediately so that this account can be closed, and be advised that all checks outstanding for more then 90 days will be canceled and the proceeds tendered to the bankruptcy court.

Sincerely,

/s/ Christian H. Dribusch
Christian H. Dribusch, Trustee



JESSICAM RAUCCI
107C Overlook Pass
Clifton Park, NY 12065

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

Christian H. Dribusch, Chapter 7 Trustee
The Patroon Building
Five Clinton Square
Albany NY 12207

32-1/1110
CHECK NUMBER
1194

**BANK OF AMERICA**
901 Main Street // 10th Floor // Dallas TX 75283

(Final distribution to Claim 00184, representing a
Payment of 6.80% per court order.)

| DATE | AMOUNT |
|---|---|
| 3/28/2009 | ************40.83 |

PAY TO THE ORDER OF

JESSICA M RAUCCI
107C Overlook Pass
Clifton Park, NY 12065

| CASE NUMBER | ESTATE OF |
|---|---|
| 00-14303 | Debtor: NATIONAL FINANCE CORPORATION |

*Forty Dollars And 83/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⊕ SECURITY FEATURES INCLUDED. DETAILS ON BACK. ⊕

⑈"001194⑈"  ⑆111000012⑆:  443693601⑈"

2009 AUG 19 PM 12:29

RECEIVED & FILED
BANKRUPTCY COURT
N.D. OF NY
ALBANY

| Paid To: JESSICA M RAUCCI | Social Security Number: | |
|---|---|---|
| Case Number 00-14303 | Debtor Name: NATIONAL FINANCE CORPORATION | Case Tax ID: 14-1754357 |
| Trustee: Christian H. Dribusch, Trustee, Christian H. Dribusch, Chapter 7 Trustee, The Patroon Building, Five Clinton Square, Albany NY 12207 | | |

| Gross Earnings | $58.87 | Net Earnings | $40.83 |
|---|---|---|---|
| Social Security | $3.65 | | |
| Federal Income Tax | $10.60 | | |
| NYS Income Tax | $2.94 | | |
| Medicare Employee | $0.85 | | |