REC'D & FILED

2009 AUG 19 PM 12:28

BANKRUPTCY COURT
N.D. OF NY
ALBANY

**CHRISTIAN H. DRIBUSCH**
TRUSTEE IN BANKRUPTCY

THE PATROON BUILDING
FIVE CLINTON SQUARE
ALBANY NY 12207

(518) 436-1662

FAX: (518) 432-1996
EMAIL: CDRIBUSCH@NYCAP.RR.COM

MARCH 28, 2009

Re: In re CORPORATION, NATIONAL FINANCE
Case No. 00-14303-REL-7
Debtor(s) Social Security Number(s) - Last 4 digits

Dear RHONDA L. EBERT,

Enclosed please find a final distribution check drawn on the account for the above referenced chapter 7 bankruptcy estate. You are receiving this distribution because you filed an allowed claim in the case.

| Claim # | Claimed Amount | Amount Allowed | Amount Paid |
|---------|----------------|----------------|-------------|
| 00053   | 300.00         | 300.00         | Total Payment - This Distribution: 20.41 |

Please cash this check immediately so that this account can be closed, and be advised that all checks outstanding for more then 90 days will be canceled and the proceeds tendered to the bankruptcy court.

Sincerely,

/s/ Christian H. Dribusch
Christian H. Dribusch, Trustee

RHONDA L. EBERT
142 West Milton Road
Ballston Spa NY 12020

Christian H. Dribusch, Chapter 7 Trustee
The Patroon Building
Five Clinton Square
Albany NY 12207

# BANK OF AMERICA
901 Main Street / / 10th Floor / / Dallas TX 75283

32-1/1110
CHECK NUMBER
**1059**

(Final distribution to Claim 00053, representing a Payment of 6.80% per court order.)

| CASE NUMBER | ESTATE OF |
|---|---|
| 00-14303 | Debtor: NATIONAL FINANCE CORPORATION |

DATE: 3/28/2009
AMOUNT: **********20.41

## PAY TO THE ORDER OF

RHONDA L. EBERT
142 West Milton Road
Ballston Spa NY 12020

*Twenty Dollars And 41/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⌾ SECURITY FEATURES INCLUDED. DETAILS ON BACK. ⌾

⑊"001059⑊"  ⑊:111000012⑊:  4436936015⑊"

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

| Paid To: RHONDA L. EBERT | | Social Security Number: | |
|---|---|---|---|
| Case Number 00-14303 | Debtor Name: NATIONAL FINANCE CORPORATION | | Case Tax ID: 14-1754357 |
| Trustee: Christian H. Dribusch, Trustee, Christian H. Dribusch, Chapter 7 Trustee, The Patroon Building, Five Clinton Square, Albany NY 12207 | | | |
| Gross Earnings | $29.44 | Net Earnings | |
| NYS Income Tax | $1.47 | | |
| Social Security | $1.83 | | |
| Federal Income Tax | $5.30 | | |
| Medicare Employee | $0.43 | | $20.41 |

RECD & FILED
2009 AUG 19 PM 12:28
BANKRUPTCY COURT
N.D. OF NY
ALBANY