CHRISTIAN H. DRIBUSCH
TRUSTEE IN BANKRUPTCY

THE PATROON BUILDING
FIVE CLINTON SQUARE
ALBANY NY 12207

(518) 436-1662

FAX: (518) 432-1996
EMAIL: CDRIBUSCH@NYCAP.RR.COM

MARCH 28, 2009

Re: In re CORPORATION, NATIONAL FINANCE
Case No. 00-14303-REL-7
Debtor(s) Social Security Number(s)- Last 4 digits

Dear TODD M WARNKEN,

Enclosed please find a final distribution check drawn on the account for the above referenced chapter 7 bankruptcy estate. You are receiving this distribution because you filed an allowed claim in the case.

| Claim # | Claimed Amount | Amount Allowed | Amount Paid |
|---|---|---|---|
| 00095 | 1,153.85 | 1,153.85 | Total Payment - This Distribution: 78.52 |

Please cash this check immediately so that this account can be closed, and be advised that all checks outstanding for more then 90 days will be cancelled and the proceeds tendered to the bankruptcy court.

Sincerely,

/s/ Christian H. Dribusch
Christian H. Dribusch, Trustee

TODD M WARNKEN
1 Nottingham Rd
Albany NY 12203

REC'D & FILED
2009 AUG 19 PM 12:28
BANKRUPTCY COURT
N.D. OF NY
ALBANY

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

Christian H. Dribusch, Chapter 7 Trustee
The Patroon Building
Five Clinton Square
Albany NY 12207

## BANK OF AMERICA
901 Main Street // 10th Floor // Dallas TX 75283

(Final distribution to Claim 00095, representing a
Payment of 6.81% per court order.)

32-1/1110
CHECK NUMBER
1243

| CASE NUMBER | ESTATE OF |
|---|---|
| 00-14303 | Debtor: NATIONAL FINANCE CORPORATION |

DATE  3/28/2009
AMOUNT  ***********78.52

PAY TO THE ORDER OF

TODD M WARNKEN
1 Nottingham Rd
Albany NY 12203

*Seventy Eight Dollars And 52/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑆001243⑆ ⑈011101101⑈ 443693601⑇

---

Paid To: TODD M WARNKEN | Social Security Number:

Case Number 00-14303  Debtor Name: NATIONAL FINANCE CORPORATION  Case Tax ID: 14-1754357
Trustee: Christian H. Dribusch, Trustee, Christian H. Dribusch, Chapter 7 Trustee, The Patroon Building, Five Clinton Square, Albany NY 12207

| | | |
|---|---|---|
| Gross Earnings | $113.22 | Net Earnings |
| Social Security | $7.02 | |
| Federal Income Tax | $20.38 | |
| Medicare Employee | $1.64 | |
| NYS Income Tax | $5.66 | $78.52 |

REC'D & FILED
2009 AUG 19 PM 12:28
BANKRUPTCY COURT
N.D. OF NY
ALBANY