CHRISTIAN H. DRIBUSCH
TRUSTEE IN BANKRUPTCY

THE PATROON BUILDING
FIVE CLINTON SQUARE
ALBANY NY 12207

(518) 436-1662

FAX: (518) 432-1996
EMAIL: CDRIBUSCH@NYCAP.RR.COM

MARCH 28, 2009

Re: In re CORPORATION, NATIONAL FINANCE
Case No. 00-14303-REL-7
Debtor(s) Social Security Number(s) - Last 4 digits

Dear CODILIS & STAWIARSKI,

Enclosed please find a final distribution check drawn on the account for the above referenced chapter 7 bankruptcy estate. You are receiving this distribution because you filed an allowed claim in the case.

| Claim # | Claimed Amount | Amount Allowed | Amount Paid |
|---------|----------------|----------------|-------------|
| 00334   | 2,651.80       | 2,651.80       | Total Payment - This Distribution: 260.20 |

Please cash this check immediately so that this account can be closed, and be advised that all checks outstanding for more then 90 days will be canceled and the proceeds tendered to the bankruptcy court.

Sincerely,

/s/ Christian H. Dribusch
Christian H. Dribusch, Trustee

CODILIS & STAWIARSKI
9200 East Mineral Ave
Suite 380
Englewood CO 80112

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**BANK OF AMERICA**
901 Main Street / / 10th Floor / / Dallas TX 75283

32-1/1110
CHECK NUMBER
**1209**

Christian H. Dribusch, Chapter 7 Trustee
The Patroon Building
Five Clinton Square
Albany NY 12207

(Final distribution to Claim 00334, representing a
Payment of 9.81% per court order.)

| DATE | AMOUNT |
|---|---|
| 3/28/2009 | *********260.20 |

PAY TO THE ORDER OF

CODILIS & STAWIARSKI
9200 East Mineral Ave
Suite 380
Englewood CO 80112

| CASE NUMBER | ESTATE OF |
|---|---|
| 00-14303 | Debtor: NATIONAL FINANCE CORPORATION |

*Two Hundred Sixty Dollars And 20/100*

⚆ SECURITY FEATURES INCLUDED. DETAILS ON BACK. ⚆

[signature: Christian H. Dribusch]
RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑊⑊001209⑊⑊ ⑊111000012⑊ 4436936015⑊⑊

---

Date: 3/28/2009 | Check Number: 1209

Paid To: CODILIS & STAWIARSKI
9200 East Mineral Ave
Suite 380
Englewood CO 80112

Case Number 00-14303
Debtor Name: NATIONAL FINANCE CORPORATION

Trustee: Christian H. Dribusch, Chapter 7 Trustee
The Patroon Building
Five Clinton Square
Albany NY 12207

Amount: $260.20

REC'D & FILED
2009 AUG 19 PM 12:28
BANKRUPTCY COURT
N.D. OF NY
ALBANY