CHRISTIAN H. DRIBUSCH
TRUSTEE IN BANKRUPTCY

THE PATROON BUILDING
FIVE CLINTON SQUARE
ALBANY NY 12207

(518) 436-1662
FAX: (518) 432-1996
EMAIL: CDRIBUSCH@NYCAP.RR.COM

MARCH 28, 2009

Re: **In re CORPORATION, NATIONAL FINANCE**
Case No. 00-14303-REL-7
Debtor(s) Social Security Number(s)- Last 4 digits

Dear GEOTRAC,

Enclosed please find a final distribution check drawn on the account for the above referenced chapter 7 bankruptcy estate. You are receiving this distribution because you filed an allowed claim in the case.

| Claim # | Claimed Amount | Amount Allowed | Amount Paid |
|---------|----------------|----------------|-------------|
| 00177   | 675.00         | 675.00         | Total Payment - This Distribution: 66.23 |

Please cash this check immediately so that this account can be closed, and be advised that all checks outstanding for more then 90 days will be cancelled and the proceeds tendered to the bankruptcy court.

Sincerely,

/s/ Christian H. Dribusch
Christian H. Dribusch, Trustee

GEOTRAC
3900 Laylin Rd
Norwalk OH 44857

REC'D & FILED
2009 AUG 19 PM 12:28
CLERK OF THE
BANKRUPTCY COURT
N.D. OF NY
ALBANY