REC'D & FILED
2009 AUG 19 PM 12:28
CLERK OF THE
BANKRUPTCY COURT
N.D. OF NY
ALBANY

**CHRISTIAN H. DRIBUSCH**
TRUSTEE IN BANKRUPTCY

THE PATROON BUILDING
FIVE CLINTON SQUARE
ALBANY NY 12207

FAX: (518) 432-1996
(518) 436-1661
EMAIL: CDRIBUSCH@NYCAP.RR.COM

MARCH 28, 2009

Re: In re CORPORATION, NATIONAL FINANCE
Case No. 00-14303-REL-7
Debtor(s) Social Security Number(s)- Last 4 digits

Dear TIA M. WHALEN,

Enclosed please find a final distribution check drawn on the account for the above referenced chapter 7 bankruptcy estate. You are receiving this distribution because you filed an allowed claim in the case.

| Claim # | Claimed Amount | Amount Allowed | Amount Paid |
|---|---|---|---|
| 00037 | 632.38 | 632.38 | Total Payment - This Distribution: 43.03 |

Please cash this check immediately so that this account can be closed, and be advised that all checks outstanding for more then 90 days will be canceled and the proceeds tendered to the bankruptcy court.

Sincerely,

/s/ Christian H. Dribusch
Christian H. Dribusch, Trustee

TIA M. WHALEN
424 6th Ave
Troy NY 12182

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

Christian H. Dribusch, Chapter 7 Trustee
The Patroon Building
Five Clinton Square
Albany NY 12207

**BANK OF AMERICA**
901 Main Street // 10th Floor // Dallas TX 75283

(Final distribution to Claim 00037, representing a
Payment of 6.80% per court order.)

| DATE | AMOUNT |
|---|---|
| 3/28/2009 | **********43.03 |

32-1/1110
CHECK NUMBER
1131

PAY TO THE ORDER OF

TIA M. WHALEN
424 6th Ave
Troy NY 12182

| CASE NUMBER | ESTATE OF |
|---|---|
| 00-14303 | Debtor: NATIONAL FINANCE CORPORATION |

*Forty Three Dollars And 03/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⚐ SECURITY FEATURES INCLUDED. DETAILS ON BACK. ⚐

⑆001131⑆ ⑈011100001⑈ 4436936018⑈

Paid To: TIA M. WHALEN | Social Security Number:

Case Number 00-14303    Debtor Name: NATIONAL FINANCE CORPORATION    Case Tax ID: 14-1754357

Trustee: Christian H. Dribusch, Trustee, Christian H. Dribusch, Chapter 7 Trustee, The Patroon Building, Five Clinton Square, Albany NY 12207

| | | |
|---|---|---|
| Gross Earnings | $62.05 | Net Earnings |
| Federal Income Tax | $11.17 | |
| NYS Income Tax | $3.10 | |
| Social Security | $3.85 | |
| Medicare Employee | $0.90 | $43.03 |

REC'D & FILED
2009 AUG 19 PM 12:28
BANKRUPTCY COURT
N.D. OF NY
ALBANY