**CHRISTIAN H. DRIBUSCH**
TRUSTEE IN BANKRUPTCY

THE PATROON BUILDING
FIVE CLINTON SQUARE
ALBANY NY 12207

(518) 436-1662

FAX: (518) 432-1996
EMAIL: CDRIBUSCH@NYCAP.RR.COM

MARCH 28, 2009

Re: **In re CORPORATION, NATIONAL FINANCE**
Case No. 00-14303-REL-7
Debtor(s) Social Security Number(s) - Last 4 digits

Dear WILLIAM G. BOWEN INC,

Enclosed please find a final distribution check drawn on the account for the above referenced chapter 7 bankruptcy estate. You are receiving this distribution because you filed an allowed claim in the case.

| Claim # | Claimed Amount | Amount Allowed | Amount Paid |
|---------|----------------|----------------|-------------|
| 00172   | 500.00         | 500.00         | Total Payment - This Distribution: 49.06 |

Please cash this check immediately so that this account can be closed, and be advised that all checks outstanding for more then 90 days will be canceled and the proceeds tendered to the bankruptcy court.

Sincerely,

/s/ Christian H. Dribusch
Christian H. Dribusch, Trustee

WILLIAM G. BOWEN INC
18638 Crestwood Drive
Hagerstown, MD 21742-2752


REC'D & FILED
2009 AUG 19 PM 12:26
BANKRUPTCY COURT
N.D. OF NY
ALBANY

BANK OF AMERICA
901 Main Street // 10th Floor // Dallas TX 75283

Christian H. Dribusch, Chapter 7 Trustee
The Patroon Building
Five Clinton Square
Albany NY 12207

32-1/1110
CHECK NUMBER
1140

PAY TO THE ORDER OF

WILLIAM G. BOWEN INC
18638 Crestwood Drive
Hagerstown, MD 21742-2752

| CASE NUMBER | | DATE | AMOUNT |
|---|---|---|---|
| 00-14303 | Debtor: NATIONAL FINANCE CORPORATION | 3/28/2009 | **********49.06 |

ESTATE OF
NATIONAL FINANCE CORPORATION

(Final distribution to Claim 00172, representing a Payment of 9.81% per court order.)

*Forty Nine Dollars And 06/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑆00⑈1140⑈ ⑆⑈111000012⑈: 4436939601⑈6⑈

---

Date: 3/28/2009 | Check Number: 1140

Case Number 00-14303
Debtor Name: NATIONAL FINANCE CORPORATION | Amount: $49.06

Paid To: WILLIAM G. BOWEN INC
18638 Crestwood Drive
Hagerstown, MD 21742-2752

Trustee: Christian H. Dribusch, Chapter 7 Trustee
The Patroon Building
Five Clinton Square
Albany NY 12207

REC'D & FILED
2009 AUG 19 PM 12:26
BANKRUPTCY COURT
N.D. OF NY
ALBANY