**CHRISTIAN H. DRIBUSCH**
TRUSTEE IN BANKRUPTCY

THE PATROON BUILDING
FIVE CLINTON SQUARE
ALBANY NY 12207

(518) 436-1662

FAX: (518) 432-1996
EMAIL: CDRIBUSCH@NYCAP.RR.COM

MARCH 28, 2009

Re: **In re CORPORATION, NATIONAL FINANCE**
Case No. 00-14303-REL-7
Debtor(s) Social Security Number(s)- Last 4 digits

Dear LAYI K. DANDLES,

Enclosed please find a final distribution check drawn on the account for the above referenced chapter 7 bankruptcy estate. You are receiving this distribution because you filed an allowed claim in the case.

| Claim # | Claimed Amount | Amount Allowed | Amount Paid |
|---|---|---|---|
| 00093 | 2,220.00 | 2,220.00 | Total Payment - This Distribution: 151.06 |

Please cash this check immediately so that this account can be closed, and be advised that all checks outstanding for more then 90 days will be canceled and the proceeds tendered to the bankruptcy court.

Sincerely,

/s/ Christian H. Dribusch
Christian H. Dribusch, Trustee

LAYI K. DANDLES
6 Summit Ave.
Albany, NY 12209

REC'D & FILED
2009 AUG 19 PM 12: 26
BANKRUPTCY COURT
N.D. OF NY
ALBANY

Christian H. Dribusch, Chapter 7 Trustee
The Patroon Building
Five Clinton Square
Albany NY 12207

**BANK OF AMERICA**
901 Main Street / / 10th Floor / / Dallas TX 75283

32-1/1110
CHECK NUMBER
1060

DATE 3/28/2009

AMOUNT **********151.06

(Final distribution to Claim 00093, representing a
Payment of 6.80% per court order.)

PAY TO THE ORDER OF

LAYI K. DANDLES
6 Summit Ave.
Albany, NY 12209

| CASE NUMBER | ESTATE OF |
|---|---|
| 00-14303 | Debtor: NATIONAL FINANCE CORPORATION |

*One Hundred Fifty One Dollars And 06/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑆ SECURITY FEATURES INCLUDED, DETAILS ON BACK. ⑆

⑈'001060"' ⑇:111000012: 443693601⑈'

Paid To: LAYI K. DANDLES | Social Security Number:

Case Number 00-14303  Debtor Name: NATIONAL FINANCE CORPORATION

Trustee: Christian H. Dribusch, Trustee, Christian H. Dribusch, Chapter 7 Trustee, The Patroon Building, Five Clinton Square, Albany NY 12207  Case Tax ID: 14-1754357

| | | |
|---|---|---|
| Gross Earnings | $217.83 | Net Earnings |
| Federal Income Tax | $39.21 | |
| NYS Income Tax | $10.89 | |
| Medicare Employee | $3.16 | |
| Social Security | $13.51 | $151.06 |

REC'D & FILED
2009 AUG 19 PM 12:26
BANKRUPTCY COURT
N.D. OF NY
ALBANY