CHRISTIAN H. DRIBUSCH
TRUSTEE IN BANKRUPTCY

THE PATROON BUILDING
FIVE CLINTON SQUARE
ALBANY NY 12207

(518) 436-1662

FAX: (518) 432-1996
EMAIL: CDRIBUSCH@NYCAP.RR.COM

MARCH 28, 2009

Re: **In re CORPORATION, NATIONAL FINANCE**
Case No. 00-14303-REL-7
Debtor(s) Social Security Number(s) - Last 4 digits

Dear DIANA M. FOSBURGH,

Enclosed please find a final distribution check drawn on the account for the above referenced chapter 7 bankruptcy estate. You are receiving this distribution because you filed an allowed claim in the case.

| Claim # | Claimed Amount | Amount Allowed | Amount Paid |
|---|---|---|---|
| 00102 | 1,830.76 | 1,830.76 | Total Payment - This Distribution: 124.57 |

Please cash this check immediately so that this account can be closed, and be advised that all checks outstanding for more then 90 days will be canceled and the proceeds tendered to the bankruptcy court.

Sincerely,

/s/ Christian H. Dribusch
Christian H. Dribusch, Trustee

DIANA M. FOSBURGH
85 Algonquin Rd
Clifton Park NY 12065

REC'D & FILED
2009 AUG 19 PM 12:28
BANKRUPTCY COURT
N.D. OF NY
ALBANY

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

Christian H. Dribusch, Chapter 7 Trustee
The Patroon Building
Five Clinton Square
Albany NY 12207

# BANK OF AMERICA

901 Main Street // 10th Floor // Dallas TX 75283

(Final distribution to Claim 00102, representing a
Payment of 6.80% per court order.)

32-1/1110
CHECK NUMBER
1072

PAY TO THE ORDER OF

DIANA M. FOSBURGH
85 Algonquin Rd
Clifton Park NY 12065

| CASE NUMBER | ESTATE OF |
|---|---|
| 00-14303 | Debtor: NATIONAL FINANCE CORPORATION |

DATE  3/28/2009

AMOUNT  **********124.57

*One Hundred Twenty Four Dollars And 57/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑆ SECURITY FEATURES INCLUDED. DETAILS ON BACK. ⑆

⑈'001072'⑈ ⑆:111000011⑆: 443693601611'

REC'D & FILED
2009 AUG 19 PM 12:28
BANKRUPTCY COURT
N.D. OF NY
ALBANY

---

| Paid To: DIANA M. FOSBURGH | |
|---|---|
| Case Number 00-14303 | Social Security Number: |
| Trustee: Christian H. Dribusch, Trustee, Christian H. Dribusch, Chapter 7 Trustee, The Patroon Building, Five Clinton Square, Albany NY 12207 | |
| Debtor Name: NATIONAL FINANCE CORPORATION | Case Tax ID: 14-1754357 |

| Gross Earnings | $179.64 | Net Earnings | $124.57 |
|---|---|---|---|
| Federal Income Tax | $32.34 | | |
| Medicare Employee | $2.61 | | |
| Social Security | $11.14 | | |
| NYS Income Tax | $8.98 | | |