

**CHRISTIAN H. DRIBUSCH**
TRUSTEE IN BANKRUPTCY

THE PATROON BUILDING
FIVE CLINTON SQUARE
ALBANY NY 12207

(518) 436-1662
FAX: (518) 432-1996
EMAIL: CDRIBUSCH@NYCAP.RR.COM

MARCH 28, 2009

Re: **In re CORPORATION, NATIONAL FINANCE**
Case No. 00-14303-REL-7
Debtor(s) Social Security Number(s)- Last 4 digits

Dear SIERRA VALUATION CONSULTANTS,

Enclosed please find a final distribution check drawn on the account for the above referenced chapter 7 bankruptcy estate. You are receiving this distribution because you filed an allowed claim in the case.

| Claim # | Claimed Amount | Amount Allowed | Amount Paid |
|---|---|---|---|
| 00044 | 486.91 | 486.91 | Total Payment - This Distribution: 47.78 |

Please cash this check immediately so that this account can be closed, and be advised that all checks outstanding for more then 90 days will be canceled and the proceeds tendered to the bankruptcy court.

Sincerely,

/s/ Christian H. Dribusch
Christian H. Dribusch, Trustee

SIERRA VALUATION CONSULTANTS
1300 10Th Street
Suite G
Modesto CA 95354

REC'D & FILED
2009 AUG 19 PM 12:26
BANKRUPTCY COURT
N.D. OF NY
ALBANY

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

Christian H. Dribusch, Chapter 7 Trustee
The Patroon Building
Five Clinton Square
Albany NY 12207

**BANK OF AMERICA**
901 Main Street / / 10th Floor / / Dallas TX 75283

(Final distribution to Claim 00044, representing a
Payment of 9.81% per court order.)

32-1/1110
CHECK NUMBER  1143

**PAY TO THE ORDER OF**

SIERRA VALUATION CONSULTANTS
1300 10Th Street
Suite G
Modesto CA 95354

| CASE NUMBER | ESTATE OF | DATE | AMOUNT |
|---|---|---|---|
| 00-14303 | Debtor: NATIONAL FINANCE CORPORATION | 3/28/2009 | **********47.78 |

*Forty Seven Dollars And 78/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⌐ SECURITY FEATURES INCLUDED. DETAILS ON BACK. ⌐

"001143"  ⑈111000011⑈  443693601⑈"

---

| Date: 3/28/2009 | Check Number: 1143 | |
|---|---|---|
| Case Number 00-14303 | | |
| Debtor Name: NATIONAL FINANCE CORPORATION | | |

| Paid To: SIERRA VALUATION CONSULTANTS | Trustee: Christian H. Dribusch, Chapter 7 Trustee | |
| 1300 10Th Street | The Patroon Building | |
| Suite G | Five Clinton Square | |
| Modesto CA 95354 | Albany NY 12207 | Amount: $47.78 |

REC'D & FILED
2009 AUG 19 PM 12:26
BANKRUPTCY COURT
N.D. OF NY
ALBANY