REC'D & FILED
2009 AUG 19 PM 12:27
CLERK OF THE BANKRUPTCY COURT N.D. OF NY ALBANY

**CHRISTIAN H. DRIBUSCH**
**TRUSTEE IN BANKRUPTCY**

THE PATROON BUILDING
FIVE CLINTON SQUARE
ALBANY NY 12207

(518) 436-1662

FAX: (518) 432-1996
EMAIL: CDRIBUSCH@NYCAP.RR.COM

**MARCH 28, 2009**

Re: **In re CORPORATION, NATIONAL FINANCE**
**Case No. 00-14303-REL-7**
Debtor(s) Social Security Number(s)- Last 4 digits

Dear LANDMARKSURVEY GROUP,

Enclosed please find a final distribution check drawn on the account for the above referenced chapter 7 bankruptcy estate. You are receiving this distribution because you filed an allowed claim in the case.

| Claim # | Claimed Amount | Amount Allowed | Amount Paid |
|---|---|---|---|
| 00049 | 2,735.00 | 2,735.00 | Total Payment - This Distribution: 268.37 |
| | | | |

Please cash this check immediately so that this account can be closed, and be advised that all checks outstanding for more then 90 days will be canceled and the proceeds tendered to the bankruptcy court.

Sincerely,

/s/ Christian H. Dribusch
Christian H. Dribusch, Trustee

LANDMARKSURVEY GROUP
901 South Front Group Inc
Columbus OH 43206

8/19/09

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

Christian H. Dribusch, Chapter 7 Trustee
The Patroon Building
Five Clinton Square
Albany NY 12207

**BANK OF AMERICA**
901 Main Street // 10th Floor // Dallas TX 75283

(Final distribution to Claim 00049, representing a Payment of 9.81% per court order.)

32-1/1110
CHECK NUMBER
1080

| DATE | AMOUNT |
|---|---|
| 3/28/2009 | *********268.37 |

REC'D & FILED
2009 AUG 19 PM 12:27
CLERK OF THE BANKRUPTCY COURT
N.D. OF NY
ALBANY

**PAY TO THE ORDER OF**

| CASE NUMBER | ESTATE OF |
|---|---|
| 00-14303 | Debtor: NATIONAL FINANCE CORPORATION |

*Two Hundred Sixty Eight Dollars And 37/100*

LANDMARKSURVEY GROUP
901 South Front Group Inc
Columbus OH 43206

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈001080⑈ ⑆111000012⑆ 4436936016⑈

| Date: 3/28/2009 | Check Number: 1080 | Amount: $268.37 |
|---|---|---|

Case Number 00-14303
Debtor Name: NATIONAL FINANCE CORPORATION

Pai d To: **LANDMARKSURVEY GROUP**
**901 South Front Group Inc**
**Columbus OH 43206**

Trustee: Christian H. Dribusch, Chapter 7 Trustee
The Patroon Building
Five Clinton Square
Albany NY 12207