CHRISTIAN H. DRIBUSCH
TRUSTEE IN BANKRUPTCY

THE PATROON BUILDING
FIVE CLINTON SQUARE
ALBANY NY 12207

(518) 436-1662

FAX: (518) 432-1996
EMAIL: CDRIBUSCH@NYCAP.RR.COM

MARCH 28, 2009

Re: **In re CORPORATION, NATIONAL FINANCE**
Case No. 00-14303-REL-7
Debtor(s) Social Security Number(s)- Last 4 digits

Dear KATHRYNSUSAN BULFER,

Enclosed please find a final distribution check drawn on the account for the above referenced chapter 7 bankruptcy estate. You are receiving this distribution because you filed an allowed claim in the case.

| Claim # | Claimed Amount | Amount Allowed | Amount Paid |
|---------|----------------|----------------|-------------|
| 00088   | 673.08         | 673.08         | Total Payment - This Distribution: 45.80 |

Please cash this check immediately so that this account can be closed, and be advised that all checks outstanding for more then 90 days will be canceled and the proceeds tendered to the bankruptcy court.

Sincerely,

/s/ Christian H. Dribusch
Christian H. Dribusch, Trustee

KATHRYNSUSAN BULFER
562 Belmeade Pl
Macon GA 31204

REC'D & FILED
2009 AUG 19 PM 12:27
CLERK OF THE
BANKRUPTCY COURT
N.D. OF NY
ALBANY

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

Christian H. Dribusch, Chapter 7 Trustee
The Patroon Building
Five Clinton Square
Albany NY 12207

## BANK OF AMERICA
901 Main Street // 10th Floor // Dallas TX 75283

32-1/1110
CHECK NUMBER
**1100**

(Final distribution to Claim 00088, representing a Payment of 6.80% per court order.)

| CASE NUMBER | ESTATE OF |
|---|---|
| 00-14303 | Debtor: NATIONAL FINANCE CORPORATION |

DATE **3/28/2009**

AMOUNT **\*\*\*\*\*\*\*\*\*\*45.80**

PAY TO THE ORDER OF

KATHRYNSUSAN BULFER
562 Belmeade Pl
Macon GA 31204

*Forty Five Dollars And 80/100*

[signature] Christian H. Dribusch
RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

🔒 SECURITY FEATURES INCLUDED. DETAILS ON BACK. 🔒

⑈'001100⑈' ⑆111000011⑆: 443693601511⑈'

---

Paid To: KATHRYNSUSAN BULFER

Case Number 00-14303    Debtor Name: NATIONAL FINANCE CORPORATION    Social Security Number:

Trustee: Christian H. Dribusch, Trustee, Christian H. Dribusch, Trustee, The Patroon Building, Five Clinton Square, Albany NY 12207    Case Tax ID: 14-1754357

| Gross Earnings | $66.04 | Net Earnings | $45.80 |
|---|---|---|---|
| NYS Income Tax | $3.30 | | |
| Federal Income Tax | $11.89 | | |
| Social Security | $4.09 | | |
| Medicare Employee | $0.96 | | |

RECORD & FILED
2009 AUG 19 PM 12:27
BANKRUPTCY COURT
N.D. OF NY
ALBANY