REC'D & FILED

2009 AUG 19 PM 12: 25

CLERK OF THE
BANKRUPTCY COURT
N.D. OF NY
ALBANY

**CHRISTIAN H. DRIBUSCH**
TRUSTEE IN BANKRUPTCY

THE PATROON BUILDING
FIVE CLINTON SQUARE
ALBANY NY 12207

(518) 436-1662

FAX: (518) 432-1996
EMAIL: CDRIBUSCH@NYCAP.RR.COM

MARCH 28, 2009

Re: **In re CORPORATION, NATIONAL FINANCE**
Case No. 00-14303-REL-7
Debtor(s) Social Security Number(s)- Last 4 digits

Dear Baldwin Appr Service,

Enclosed please find a final distribution check drawn on the account for the above referenced chapter 7 bankruptcy estate. You are receiving this distribution because you filed an allowed claim in the case.

| Claim # | Claimed Amount | Amount Allowed | Amount Paid |
|---------|----------------|----------------|-------------|
| 00035   | 1,575.00       | 1,575.00       | Total Payment - This Distribution: 154.54 |

Please cash this check immediately so that this account can be closed, and be advised that all checks outstanding for more then 90 days will be canceled and the proceeds tendered to the bankruptcy court.

Sincerely,

/s/ Christian H. Dribusch
Christian H. Dribusch, Trustee

Baldwin Appr Service
1520 Rock Run Drive, Suite 4
Crest Hill, Il 60435

Christian H. Dribusch, Chapter 7 Trustee
The Patroon Building
Five Clinton Square
Albany NY 12207

BANK OF AMERICA
901 Main Street // 10th Floor // Dallas TX 75283

32-1/1110
CHECK NUMBER
1206

(Final distribution to Claim 00035, representing a
Payment of 9.81% per court order.)

PAY TO THE ORDER OF

| CASE NUMBER | ESTATE OF |
|---|---|
| 00-14303 | Debtor: NATIONAL FINANCE CORPORATION |

| DATE | AMOUNT |
|---|---|
| 3/28/2009 | ********154.54 |

Baldwin Appr Service
1520 Rock Run Drive, Suite 4
Crest Hill, Il 60435

*One Hundred Fifty Four Dollars And 54/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑆ SECURITY FEATURES INCLUDED. DETAILS ON BACK. ⑆

"001206"  ⑈111000012⑈:  443693601 6"

---

Date: 3/28/2009 | Check Number: 1206

Paid To: Baldwin Appr Service
1520 Rock Run Drive, Suite 4
Crest Hill, Il 60435

Case Number 00-14303
Debtor Name: NATIONAL FINANCE CORPORATION

Trustee: Christian H. Dribusch, Chapter 7 Trustee
The Patroon Building
Five Clinton Square
Albany NY 12207

Amount: $154.54

REC'D & FILED
2009 AUG 19 PM 12:25
BANKRUPTCY COURT
N.D. OF NY
ALBANY