**CHRISTIAN H. DRIBUSCH**
TRUSTEE IN BANKRUPTCY

THE PATROON BUILDING
FIVE CLINTON SQUARE
ALBANY NY 12207

(518) 436-1662

FAX: (518) 432-1996
EMAIL: CDRIBUSCH@NYCAP.RR.COM

MARCH 28, 2009

Re: **In re CORPORATION, NATIONAL FINANCE**
Case No. 00-14303-REL-7
Debtor(s) Social Security Number(s) - Last 4 digits

Dear WILLIAMS COMMUNICATIONS SOLUTIONS,

Enclosed please find a final distribution check drawn on the account for the above referenced chapter 7 bankruptcy estate. You are receiving this distribution because you filed an allowed claim in the case.

| Claim # | Claimed Amount | Amount Allowed | Amount Paid |
|---------|----------------|----------------|-------------|
| 00143   | 5,244.01       | 5,244.01       | Total Payment - This Distribution: 514.56 |

Please cash this check immediately so that this account can be closed, and be advised that all checks outstanding for more then 90 days will be canceled and the proceeds tendered to the bankruptcy court.

Sincerely,

/s/ Christian H. Dribusch
Christian H. Dribusch, Trustee

WILLIAMS COMMUNICATIONS SOLUTIONS
19111 Dallas Pkwy, Suite 100
Dallas, TX 75287

BANK OF AMERICA
901 Main Street / / 10th Floor / / Dallas TX 75283

32-1/1110
CHECK NUMBER
1154

Christian H. Dribusch, Chapter 7 Trustee
The Patroon Building
Five Clinton Square
Albany NY 12207

(Final distribution to Claim 00143, representing a
Payment of 9.81% per court order.)

| CASE NUMBER | ESTATE OF |
|---|---|
| 00-14303 Debtor: NATIONAL FINANCE CORPORATION | |

| DATE | AMOUNT |
|---|---|
| 3/28/2009 | **********514.56 |

PAY TO THE ORDER OF

WILLIAMS COMMUNICATIONS SOLUTIONS
1911 Dallas Pkwy, Suite 100
Dallas, TX 75287

*Five Hundred Fourteen Dollars And 56/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑂"001154"  ⑂111000012⑂:  44369360 16"

---

Date: 3/28/2009 | Check Number: 1154 | Amount: $514.56

Case Number 00-14303
Debtor Name: NATIONAL FINANCE CORPORATION

Trustee: Christian H. Dribusch, Chapter 7 Trustee
The Patroon Building
Five Clinton Square
Albany NY 12207

Paid To: WILLIAMS COMMUNICATIONS SOLUTIONS
1911 Dallas Pkwy, Suite 100
Dallas, TX 75287

REC'D & FILED
2009 AUG 19 PM 12:26
U.S. BANKRUPTCY COURT
N.D. OF NY
ALBANY