REC'D & FILED

2009 AUG 19 PM 12: 26

BANKRUPTCY COURT
N.D. OF NY
ALBANY

**CHRISTIAN H. DRIBUSCH**
TRUSTEE IN BANKRUPTCY

THE PATROON BUILDING
FIVE CLINTON SQUARE
ALBANY NY 12207

FAX: (518) 432-1996
(518) 436-1662
EMAIL: CDRIBUSCH@NYCAP.RR.COM

MARCH 28, 2009

Re:    **In re CORPORATION, NATIONAL FINANCE**
       Case No. 00-14303-REL-7
       Debtor(s) Social Security Number(s)- Last 4 digits

Dear GLENNA. GABBERTY APPR INC.,

Enclosed please find a final distribution check drawn on the account for the above referenced chapter 7 bankruptcy estate. You are receiving this distribution because you filed an allowed claim in the case.

| Claim # | Claimed Amount | Amount Allowed | Amount Paid |
|---------|----------------|----------------|-------------|
| 00073   | 625.00         | 625.00         | Total Payment - This Distribution: 61.33 |

Please cash this check immediately so that this account can be closed, and be advised that all checks outstanding for more then 90 days will be canceled and the proceeds tendered to the bankruptcy court.

Sincerely,

/s/ Christian H. Dribusch
Christian H. Dribusch, Trustee

GLENNA. GABBERTY APPR INC.
40 Nassau Avenue
Suite #1
Islip NY 11751

Christian H. Dribusch, Chapter 7 Trustee
The Patroon Building
Five Clinton Square
Albany NY 12207

**BANK OF AMERICA**
901 Main Street // 10th Floor // Dallas TX 75283

(Final distribution to Claim 00073, representing a Payment of 9.81% per court order.)

32-1/1110
CHECK NUMBER
**1087**

| DATE | AMOUNT |
|---|---|
| 3/28/2009 | **********61.33 |

PAY TO THE ORDER OF

| CASE NUMBER | ESTATE OF |
|---|---|
| 00-14303 | Debtor: NATIONAL FINANCE CORPORATION |

GLENNA. GABBERTY APPR INC.
40 Nassau Avenue
Suite #1
Islip NY 11751

*Sixty One Dollars And 33/100*

⑂ SECURITY FEATURES INCLUDED. DETAILS ON BACK. ⑂

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈'001087⑈' ⑆:111000013⑆: 44369360151⑈'

---

Date: 3/28/2009 | Check Number: 1087

Case Number 00-14303
Debtor Name: NATIONAL FINANCE CORPORATION

| Paid To: GLENNA. GABBERTY APPR INC.<br>40 Nassau Avenue<br>Suite #1<br>Islip NY 11751 | Trustee: Christian H Dribusch, Chapter 7 Trustee<br>The Patroon Building<br>Five Clinton Square<br>Albany NY 12207 |
|---|---|
| | Amount: $61.33 |

RECORD & FILED
2009 AUG 19 PM 12:26
BANKRUPTCY COURT
N.D. OF NY
ALBANY