**CHRISTIAN H. DRIBUSCH**
TRUSTEE IN BANKRUPTCY

THE PATROON BUILDING
FIVE CLINTON SQUARE
ALBANY NY 12207

(518) 436-1662

FAX: (518) 432-1996
EMAIL: CDRIBUSCH@NYCAP.RR.COM

MARCH 28, 2009

Re: **In re CORPORATION, NATIONAL FINANCE**
Case No. 00-14303-REL-7
Debtor(s) Social Security Number(s)- Last 4 digits

Dear CYNTHIA A. REYNOLDS,

Enclosed please find a final distribution check drawn on the account for the above referenced chapter 7 bankruptcy estate. You are receiving this distribution because you filed an allowed claim in the case.

| Claim # | Claimed Amount | Amount Allowed | Amount Paid |
|---------|----------------|----------------|-------------|
| 00343 | 3,000.00 | 3,000.00 | Total Payment - This Distribution: 204.14 |

Please cash this check immediately so that this account can be closed, and be advised that all checks outstanding for more then 90 days will be canceled and the proceeds tendered to the bankruptcy court.

Sincerely,

/s/ Christian H. Dribusch
Christian H. Dribusch, Trustee

CYNTHIA A. REYNOLDS
864 E. Church Ave.
Longwood, FL 32750-5385

REC'D & FILED
2009 AUG 19 PM 12:27
CLERK OF THE
BANKRUPTCY COURT
N.D. OF NY
ALBANY

Christian H. Dribusch, Chapter 7 Trustee
The Patroon Building
Five Clinton Square
Albany NY 12207

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

## BANK OF AMERICA
901 Main Street // 10th Floor // Dallas TX 75283

(Final distribution to Claim 00343, representing a Payment of 6.80% per court order.)

32-1/1110
CHECK NUMBER
1257

DATE 3/28/2009

AMOUNT **********204.14

PAY TO THE ORDER OF

CYNTHIA A. REYNOLDS
864 E. Church Ave.
Longwood, FL 32750-5385

| CASE NUMBER | ESTATE OF |
|---|---|
| 00-14303 Debtor: NATIONAL FINANCE CORPORATION | NATIONAL FINANCE CORPORATION |

Two Hundred Four Dollars And 14/100

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑪ SECURITY FEATURES INCLUDED. DETAILS ON BACK. ⑪

⑂001257⑂ ⑆111000012⑆ 4436936016⑆

---

| Paid To: CYNTHIA A. REYNOLDS | Social Security Number: |
|---|---|
| Case Number 00-14303 Debtor Name: NATIONAL FINANCE CORPORATION | Case Tax ID: 14-1754357 |
| Trustee: Christian H. Dribusch, Trustee, Christian H. Dribusch, Chapter 7 Trustee, The Patroon Building, Five Clinton Square, Albany NY 12207 | |

| | | |
|---|---|---|
| Gross Earnings | $294.37 | Net Earnings |
| Federal Income Tax | $52.99 | |
| Medicare Employee | $4.27 | |
| Social Security | $18.25 | |
| NYS Income Tax | $14.72 | $204.14 |

REC'D & FILED
2009 AUG 19 PM 12:27
CLERK OF THE
BANKRUPTCY COURT
N.D. OF NY
ALBANY