# CHRISTIAN H. DRIBUSCH
## TRUSTEE IN BANKRUPTCY

THE PATROON BUILDING
FIVE CLINTON SQUARE
ALBANY NY 12207

FAX: (518) 432-1996
EMAIL: CDRIBUSCH@NYCAP.RR.COM

(518) 436-1662

MARCH 28, 2009

Re: In re CORPORATION, NATIONAL FINANCE
Case No. 00-14303-REL-7
Debtor(s) Social Security Number(s)- Last 4 digits

Dear MARYCHRISTINE CACCIOTTI,

Enclosed please find a final distribution check drawn on the account for the above referenced chapter 7 bankruptcy estate. You are receiving this distribution because you filed an allowed claim in the case.

| Claim # | Claimed Amount | Amount Allowed | Amount Paid |
|---------|----------------|----------------|-------------|
| 00128   | 1,230.77       | 1,230.77       | Total Payment - This Distribution: 83.75 |

Please cash this check immediately so that this account can be closed, and be advised that all checks outstanding for more then 90 days will be canceled and the proceeds tendered to the bankruptcy court.

Sincerely,

/s/ Christian H. Dribusch
Christian H. Dribusch, Trustee

MARYCHRISTINE CACCIOTTI
5726 Newcastle Ave.
Encino, CA 91316

REC'D & FILED
2009 AUG 19 PM 12:26
BANKRUPTCY COURT
N.D. OF NY
ALBANY

Christian H. Dribusch, Chapter 7 Trustee
The Patroon Building
Five Clinton Square
Albany NY 12207

# BANK OF AMERICA
901 Main Street // 10th Floor // Dallas TX 75283

(Final distribution to Claim 00128, representing a
Payment of 6.80% per court order.)

| | 32-1/1110 CHECK NUMBER |
|---|---|
| | 1164 |
| DATE | AMOUNT |
| 3/28/2009 | **********83.75 |

## PAY TO THE ORDER OF

MARYCHRISTINE CACCIOTTI
5726 Newcastle Ave.
Encino, CA 91316

| CASE NUMBER | ESTATE OF |
|---|---|
| 00-14303 | Debtor: NATIONAL FINANCE CORPORATION |

*Eighty Three Dollars And 75/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

🔒 SECURITY FEATURES INCLUDED. DETAILS ON BACK. 🔒

⑆001164⑆ ⑈11000110⑈ 4436936018⑈

| Paid To: MARYCHRISTINE CACCIOTTI | Social Security Number: |
|---|---|
| Case Number 00-14303   Debtor Name: NATIONAL FINANCE CORPORATION | Case Tax ID: 14-1754357 |
| Trustee: Christian H. Dribusch, Trustee, Christian H. Dribusch, Chapter 7 Trustee, The Patroon Building, Five Clinton Square, Albany NY 12207 | |

| Gross Earnings | $120.77 | Net Earnings | $83.75 |
|---|---|---|---|
| Medicare Employee | $1.75 | | |
| Federal Income Tax | $21.74 | | |
| Social Security | $7.49 | | |
| NYS Income Tax | $6.04 | | |

REC'D & FILED
2009 AUG 19 PM 12:26
BANKRUPTCY COURT
N.D. OF NY
ALBANY