CHRISTIAN H. DRIBUSCH
TRUSTEE IN BANKRUPTCY

THE PATROON BUILDING
FIVE CLINTON SQUARE
ALBANY NY 12207

(518) 436-1662

FAX: (518) 432-1996
EMAIL: CDRIBUSCH@NYCAP.RR.COM

MARCH 28, 2009

Re: **In re CORPORATION, NATIONAL FINANCE**
Case No. 00-14303-REL-7
Debtor(s) Social Security Number(s)- Last 4 digits

Dear BILL MOLLER,

Enclosed please find a final distribution check drawn on the account for the above referenced chapter 7 bankruptcy estate. You are receiving this distribution because you filed an allowed claim in the case.

| Claim # | Claimed Amount | Amount Allowed | Amount Paid |
|---------|----------------|----------------|-------------|
| 00026 | 4,300.00 | 4,300.00 | Total Payment - This Distribution: 292.60 |

Please cash this check immediately so that this account can be closed, and be advised that all checks outstanding for more then 90 days will be canceled and the proceeds tendered to the bankruptcy court.

Sincerely,

/s/ Christian H. Dribusch
Christian H. Dribusch, Trustee

BILL MOLLER
103 Park Avenue Apt. A6
Summit NJ 07901

REC'D & FILED
2009 AUG 19 PM 12: 26
CLERK OF THE
BANKRUPTCY COURT
N.D. OF NY
ALBANY

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

Christian H. Dribusch, Chapter 7 Trustee
The Patroon Building
Five Clinton Square
Albany NY 12207

**BANK OF AMERICA**
901 Main Street / / 10th Floor / / Dallas TX 75283

(Final distribution to Claim 00026, representing a Payment of 6.80% per court order.)

32-1/1110
CHECK NUMBER  1202

**PAY TO THE ORDER OF**

BILL MOLLER
103 Park Avenue Apt. A6
Summit NJ 07901

| CASE NUMBER | ESTATE OF |
|---|---|
| 00-14303 | Debtor: NATIONAL FINANCE CORPORATION |

DATE  3/28/2009
AMOUNT  *********292.60

*Two Hundred Ninety Two Dollars And 60/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⊕ SECURITY FEATURES INCLUDED. DETAILS ON BACK. ⊕

⑆001202⑆ ⑈111000012⑈ 4436936015⑈

| Paid To: BILL MOLLER | | Social Security Number: | |
|---|---|---|---|
| Case Number 00-14303 | Debtor Name: NATIONAL FINANCE CORPORATION | | |
| Trustee: Christian H. Dribusch, Trustee, Christian H. Dribusch, Chapter 7 Trustee, The Patroon Building, Five Clinton Square, Albany NY 12207 | | | Case Tax ID: 14-1754357 |
| Gross Earnings | $421.93 | Net Earnings | $292.60 |
| Social Security | $26.16 | | |
| Medicare Employee | $6.12 | | |
| Federal Income Tax | $75.95 | | |
| NYS Income Tax | $21.10 | | |

REC'D & FILED
2009 AUG 19 PM 12:26
BANKRUPTCY COURT
N.D. OF NY
ALBANY