RFC'D & FILED

2009 AUG 19 PM 12: 25

BANKRUPTCY COURT
N.D. OF NY
ALBANY

**CHRISTIAN H. DRIBUSCH**
TRUSTEE IN BANKRUPTCY

THE PATROON BUILDING
FIVE CLINTON SQUARE
ALBANY NY 12207

(518) 436-1662

FAX: (518) 432-1996
EMAIL: CDRIBUSCH@NYCAP.RR.COM

MARCH 28, 2009

Re: **In re CORPORATION, NATIONAL FINANCE**
Case No. 00-14303-REL-7
Debtor(s) Social Security Number(s)- Last 4 digits

Dear REBECCA KOCKENTIET,

Enclosed please find a final distribution check drawn on the account for the above referenced chapter 7 bankruptcy estate. You are receiving this distribution because you filed an allowed claim in the case.

| Claim # | Claimed Amount | Amount Allowed | Amount Paid |
|---|---|---|---|
| 00229 | 4,340.86 | 4,340.86 | Total Payment - This Distribution: 295.38 |

Please cash this check immediately so that this account can be closed, and be advised that all checks outstanding for more then 90 days will be canceled and the proceeds tendered to the bankruptcy court.

Sincerely,

/s/ Christian H. Dribusch
Christian H. Dribusch, Trustee

REBECCA KOCKENTIET
160 Chinquapin Circle
Columbia, SC 29212

Christian H. Dribusch, Chapter 7 Trustee
The Patroon Building
Five Clinton Square
Albany NY 12207

# BANK OF AMERICA
901 Main Street // 10th Floor // Dallas TX 75283

(Final distribution to Claim 00229, representing a
Payment of 6.80% per court order.)

32-1/1110
CHECK NUMBER  1130

| CASE NUMBER | ESTATE OF |
|---|---|
| 00-14303 | Debtor: NATIONAL FINANCE CORPORATION |

DATE  3/28/2009
AMOUNT  **********295.38

PAY TO THE ORDER OF

REBECCA KOCKENTIET
160 Chinquapin Circle
Columbia, SC 29212

Two Hundred Ninety Five Dollars And 38/100

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑆ SECURITY FEATURES INCLUDED. DETAILS ON BACK. ⑆

⑈001130⑈ ⑆111000012⑆ 4436936016⑈

| Paid To: REBECCA KOCKENTIET | Social Security Number: |
|---|---|
| Case Number 00-14303 | Debtor Name: NATIONAL FINANCE CORPORATION |
| Trustee: Christian H. Dribusch, Trustee, Christian H. Dribusch, Chapter 7 Trustee, The Patroon Building, Five Clinton Square, Albany NY 12207 | Case Tax ID: 14-1754357 |

| Gross Earnings | $425.94 | Net Earnings | |
| Medicare Employee | $6.18 | | |
| NYS Income Tax | $21.30 | | |
| Social Security | $26.41 | | |
| Federal Income Tax | $76.67 | | $295.38 |

REC'D & FILED
2009 AUG 19 PM 12:25
[CLERK] OF THE
BANKRUPTCY COURT
N.D. OF NY
ALBANY