**CHRISTIAN H. DRIBUSCH**
TRUSTEE IN BANKRUPTCY

THE PATROON BUILDING
FIVE CLINTON SQUARE
ALBANY NY 12207

(518) 436-1662

FAX: (518) 432-1996
EMAIL: CDRIBUSCH@NYCAP.RR.COM

AUGUST 19, 2009

Re: **In re CORPORATION, NATIONAL FINANCE**
Case No. 00-14303-REL-7
Debtor(s) Social Security Number(s)- Last 4 digits

Dear CONSOLIDATED EDISON COMPANY,

Enclosed please find a final distribution check drawn on the account for the above referenced chapter 7 bankruptcy estate. You are receiving this distribution because you filed an allowed claim in the case.

| Claim # | Claimed Amount | Amount Allowed | Amount Paid |
|---|---|---|---|
| 00197 | 16.38 | 16.38 | Total Payment - This Distribution: 1.61 |

Please cash this check immediately so that this account can be closed, and be advised that all checks outstanding for more then 90 days will be canceled and the proceeds tendered to the bankruptcy court.

Sincerely,

/s/ Christian H. Dribusch
Christian H. Dribusch, Trustee

CONSOLIDATED EDISON COMPANY
Bankruptcy Group
4 Irving Place, Rm 1875-S
New York, NY  10003

8/19/2009 12:50:19 PM