FILED
2009 AUG 27 PM 1:30
CLERK OF THE
BANKRUPTCY COURT
N.D. OF NY
ALBANY

# CHRISTIAN H. DRIBUSCH
## TRUSTEE IN BANKRUPTCY

THE PATROON BUILDING
FIVE CLINTON SQUARE
ALBANY NY 12207

(518) 436-1662

FAX: (518) 432-1996
EMAIL: CDRIBUSCH@NYCAP.RR.COM

**AUGUST 19, 2009**

Re:   **In re CORPORATION, NATIONAL FINANCE**
      **Case No. 00-14303-REL-7**
      Debtor(s) Social Security Number(s)- Last 4 digits

Dear ATM CORPORATION OF AMERICA,

Enclosed please find a final distribution check drawn on the account for the above referenced chapter 7 bankruptcy estate. You are receiving this distribution because you filed an allowed claim in the case.

| Claim # | Claimed Amount | Amount Allowed | Amount Paid |
|---|---|---|---|
| 00277 | 63,382.90 | 63,382.90 | Total Payment - This Distribution: 6,219.35 |

Please cash this check immediately so that this account can be closed, and be advised that all checks outstanding for more then 90 days will be canceled and the proceeds tendered to the bankruptcy court.

Sincerely,

/s/ Christian H. Dribusch
Christian H. Dribusch, Trustee

ATM CORPORATION OF AMERICA
C/O Kimberly Luff Wakim, Esquire
One Oxford Centre
Pittsburgh, Pennsylvania 15219-1425
301 Grant St., 14th Floor

RECEIVED 2009 AUG 25 PM 1:54
BANKRUPTCY COURT
N.D. OF NY
ALBANY

8/19/2009 12:16:44 PM

| Date: 3/28/2009 | Check Number: 1145 | Amount: $6,219.35 |
|---|---|---|

Case Number 00-14303
Debtor Name: NATIONAL FINANCE CORPORATION

| Paid To: | ATM CORPORATION OF AMERICA<br>C/O Kimberly Luff Wakim, Esquire<br>One Oxford Centre<br>301 Grant St., 14th Floor<br>Pittsburgh, Pennsylvania 15219-1425 | Trustee: | Christian H. Dribusch, Chapter 7 Trustee<br>The Patroon Building<br>Five Clinton Square<br>Albany NY 12207 |
|---|---|---|---|

Description: (Final distribution to Claim 00277, representing a Payment of 9.81% per court order.)

Bank Account Number: 4436936016