FILED

**CHRISTIAN H. DRIBUSCH**
TRUSTEE IN BANKRUPTCY

2009 AUG 27 PM 1:31

THE PATROON BUILDING
FIVE CLINTON SQUARE
ALBANY NY 12207

(518) 436-1662
CLERK OF THE
BANKRUPTCY COURT
FAX: (518) 432-1996
EMAIL: CDRIBUSCH@NYCAP.RR.COM

AUGUST 19, 2009

Re: **In re CORPORATION, NATIONAL FINANCE**
**Case No. 00-14303-REL-7**
Debtor(s) Social Security Number(s)- Last 4 digits

Dear STATE FARM FIRE AND CASUALTY COMPAN,

Enclosed please find a final distribution check drawn on the account for the above referenced chapter 7 bankruptcy estate. You are receiving this distribution because you filed an allowed claim in the case.

| Claim # | Claimed Amount | Amount Allowed | Amount Paid |
|---------|---------------|----------------|-------------|
| 00003   | 40,508.10     | 40,508.10      | Total Payment - This Distribution: 3,974.79 |

Please cash this check immediately so that this account can be closed, and be advised that all checks outstanding for more then 90 days will be canceled and the proceeds tendered to the bankruptcy court.

Sincerely,

/s/ Christian H. Dribusch
Christian H. Dribusch, Trustee

STATE FARM FIRE AND CASUALTY COMPAN
One State Farm Plaza
Bloomington, IL  61710

2009 AUG 25 PM 1:54
RECEIVED
CLERK OF THE
BANKRUPTCY COURT
N.D. OF NY
ALBANY

8/19/2009 12:16:44 PM

| Pai d To: | **STATE FARM FIRE AND CASUALTY COMPAN**<br>**One State Farm Plaza**<br>**Bloomington, IL 61710** | Trustee: | Christian H. Dribusch, Chapter 7 Trustee<br>The Patroon Building<br>Five Clinton Square<br>Albany NY 12207 |
|---|---|---|---|

Description: (Final distribution to Claim 00003, representing a Payment of 9.81% per court order.)

Bank A ccount Number: 4436936016