FILED

2009 AUG 27 PM 1:31

**CHRISTIAN H. DRIBUSCH**
TRUSTEE IN BANKRUPTCY

THE PATROON BUILDING
FIVE CLINTON SQUARE
ALBANY NY 12207

(518) 436-1662
FAX: (518) 432-1996
EMAIL: CDRIBUSCH@NYCAP.RR.COM

AUGUST 19, 2009

Re:   In re CORPORATION, NATIONAL FINANCE
       Case No. 00-14303-REL-7
       Debtor(s) Social Security Number(s)- Last 4 digits

Dear VERIZON BANKRUPTCY DEPARTMENT,

Enclosed please find a final distribution check drawn on the account for the above referenced chapter 7 bankruptcy estate. You are receiving this distribution because you filed an allowed claim in the case.

| Claim # | Claimed Amount | Amount Allowed | Amount Paid |
|---|---|---|---|
| 00326 | 13,389.80 | 13,389.80 | Total Payment - This Distribution: 1,313.85 |

Please cash this check immediately so that this account can be closed, and be advised that all checks outstanding for more then 90 days will be canceled and the proceeds tendered to the bankruptcy court.

Sincerely,

/s/ Christian H. Dribusch
Christian H. Dribusch, Trustee

VERIZON BANKRUPTCY DEPARTMENT
210 West 18th Street Floor 15
New York, NY  10011

2009 AUG 25 PM 1:54 RECEIVED

8/19/2009 12:16:44 PM

| Date: 8/28/2009 | Check Number: 1102 | | Desc: 31,136 |
|---|---|---|---|
| Case Number 00-14303 | | | |
| Debtor Name: NATIONAL FINANCE CORPORATION | | | |

| Paid To: | VERIZON BANKRUPTCY DEPARTMENT<br>210 West 18th Street Floor 15<br>New York, NY 10011 | Trustee: | Christian H. Dribusch, Chapter 7 Trustee<br>The Patroon Building<br>Five Clinton Square<br>Albany NY 12207 |
|---|---|---|---|

Description: (Final distribution to Claim 00326, representing a Payment of 9.81% per court order.)

Bank Account Number: 4436936016

Case 00-14303-1-rel    Doc 384    Filed 08/27/09    Entered 08/27/09 15:49:03    Desc
Main Document    Page 2 of 2