FILED

**CHRISTIAN H. DRIBUSCH**
TRUSTEE IN BANKRUPTCY

2009 AUG 27  PM 1:31

THE PATROON BUILDING
FIVE CLINTON SQUARE
ALBANY NY 12207

(518) 436-1662
BANKRUPTCY COURT
N.D. OF NY  Fax: (518) 432-1996
EMAIL: CDRIBUSCH@NYCAP.RR.COM

AUGUST 19, 2009

Re:   **In re CORPORATION, NATIONAL FINANCE**
       Case No. 00-14303-REL-7
       Debtor(s) Social Security Number(s)- Last 4 digits

Dear CARLETON APPRAISAL,

Enclosed please find a final distribution check drawn on the account for the above referenced chapter 7 bankruptcy estate. You are receiving this distribution because you filed an allowed claim in the case.

| Claim # | Claimed Amount | Amount Allowed | Amount Paid |
|---|---|---|---|
| 00091 | 3,850.00 | 3,850.00 | Total Payment - This Distribution: 377.78 |

Please cash this check immediately so that this account can be closed, and be advised that all checks outstanding for more then 90 days will be canceled and the proceeds tendered to the bankruptcy court.

Sincerely,

/s/ Christian H. Dribusch
Christian H. Dribusch, Trustee

CARLETON APPRAISAL
14109 Winslow Pl
Tampa FL 33624

2009 AUG 25 PM 1:54
BANKRUPTCY COURT
N.D. OF NY
ALBANY
RECEIVED

8/19/2009 12:16:44 PM

| Date: 3/28/2009 | Check Number: 1187 | Amount: $377.78 |
|---|---|---|
| Case Number 00-14303 | | |
| Debtor Name: NATIONAL FINANCE CORPORATION | | |

| Paid To: | CARLETON APPRAISAL<br>14109 Winslow Pl<br>Tampa FL 33624 | Trustee: | Christian H. Dribusch, Chapter 7 Trustee<br>The Patroon Building<br>Five Clinton Square<br>Albany NY 12207 |
|---|---|---|---|

Description: (Final distribution to Claim 00091, representing a Payment of 9.81% per court order.)

Bank Account Number: 4436936016