FILED
2009 AUG 27 PM 1:31

CLERK OF THE
BANKRUPTCY COURT
N.D. OF NY
ALBANY

**CHRISTIAN H. DRIBUSCH**
TRUSTEE IN BANKRUPTCY

THE PATROON BUILDING
FIVE CLINTON SQUARE
ALBANY NY 12207

(518) 436-1662

FAX: (518) 432-1996
EMAIL: CDRIBUSCH@NYCAP.RR.COM

AUGUST 19, 2009

Re:   **In re CORPORATION, NATIONAL FINANCE**
      **Case No. 00-14303-REL-7**
      Debtor(s) Social Security Number(s)- Last 4 digits

Dear ORLANDOUTILITIES COMMISSION,

Enclosed please find a final distribution check drawn on the account for the above referenced chapter 7 bankruptcy estate. You are receiving this distribution because you filed an allowed claim in the case.

| Claim # | Claimed Amount | Amount Allowed | Amount Paid |
|---|---|---|---|
| 00059 | 3,280.97 | 3,280.97 | Total Payment - This Distribution: 321.94 |

Please cash this check immediately so that this account can be closed, and be advised that all checks outstanding for more then 90 days will be canceled and the proceeds tendered to the bankruptcy court.

Sincerely,

/s/ Christian H. Dribusch
Christian H. Dribusch, Trustee

ORLANDOUTILITIES COMMISSION
500 S. Orange Ave.
Orlando, FL  32801

RECEIVED
2009 AUG 25 PM 1:55
CLERK OF THE
BANKRUPTCY COURT
N.D. OF NY
ALBANY

8/19/2009 12:16:44 PM

| | |
|---|---|
| Date: 3/28/2009 | Check Number: 1237 Amount: $821.91 |

Date: 3/28/2009   Check Number: 1237   Amount: $821.91

Case 00-14303-1-rel    Doc 390    Filed 08/27/09    Entered 08/27/09 16:05:28    Desc
Case Number 00-14303    Main Document    Page 2 of 2
Debtor Name: NATIONAL FINANCE CORPORATION

| Paid To: | Trustee: |
|---|---|
| ORLANDO UTILITIES COMMISSION<br>500 S. Orange Ave.<br>Orlando, FL 32801 | Christian H. Dribusch, Chapter 7 Trustee<br>The Patroon Building<br>Five Clinton Square<br>Albany NY 12207 |

Description: (Final distribution to Claim 00059, representing a Payment of 9.81% per court order.)

Bank Account Number: 4436936016

Case 00-14303-1-rel    Doc 390    Filed 08/27/09    Entered 08/27/09 16:05:28    Desc
Case Number 00-14303    Main Document    Page 2 of 2
Debtor Name: NATIONAL FINANCE CORPORATION