FILED

**CHRISTIAN H. DRIBUSCH**
**TRUSTEE IN BANKRUPTCY**

2009 AUG 27 PM 1:31

CLERK OF THE
BANKRUPTCY COURT
N.D. OF NY
ALBANY

THE PATROON BUILDING
FIVE CLINTON SQUARE
ALBANY NY 12207

(518) 436-1662

FAX: (518) 432-1996
EMAIL: CDRIBUSCH@NYCAP.RR.COM

AUGUST 19, 2009

Re:  In re CORPORATION, NATIONAL FINANCE
Case No. 00-14303-REL-7
Debtor(s) Social Security Number(s)- Last 4 digits

Dear MICHAELB FRAZIER,

Enclosed please find a final distribution check drawn on the account for the above referenced chapter 7 bankruptcy estate. You are receiving this distribution because you filed an allowed claim in the case.

| Claim # | Claimed Amount | Amount Allowed | Amount Paid |
|---------|---------------|----------------|-------------|
| 00262   | 4,711.54      | 4,711.54       | Total Payment - This Distribution: 320.61 |

Please cash this check immediately so that this account can be closed, and be advised that all checks outstanding for more then 90 days will be canceled and the proceeds tendered to the bankruptcy court.

Sincerely,

/s/ Christian H. Dribusch
Christian H. Dribusch, Trustee

MICHAELB FRAZIER
2E Saint Croix Place
Greenboro, NC  27410

2009 AUG 25 PM 1:55
BANKRUPTCY COURT
N.D. OF NY
ALBANY
RECEIVED

8/19/2009 12:16:44 PM

| Paid To: MICHAELB FRAZIER | | Social Security Number: | |
|---|---|---|---|
| Case Number: 00-14303 | Debtor Name: NATIONAL FINANCE CORPORATION | Case Tax ID: 14-1754357 | |
| Trustee: Christian H. Dribusch, Trustee, Christian H. Dribusch, Chapter 7 Trustee, The Patroon Building, Five Clinton Square, Albany NY 12207 ||||
| Gross Earnings | $462.31 | Net Earnings | $320.61 |
| Medicare Employee | $6.70 | | |
| Federal Income Tax | $83.22 | | |
| Social Security | $28.66 | | |
| NYS Income Tax | $23.12 | | |

Description: (Final distribution to Claim 00262, representing a Payment of 6.80% per court order.)

| Bank Account Number: 4436936016 | Date: 3/28/2009 | Check Number: 1066 | Amount: $320.61 |
|---|---|---|---|