FILED

**CHRISTIAN H. DRIBUSCH**
TRUSTEE IN BANKRUPTCY

2009 AUG 27 PM 1:31

CLERK OF THE
BANKRUPTCY COURT
N.D. OF NY
ALBANY

THE PATROON BUILDING
FIVE CLINTON SQUARE
ALBANY NY 12207

(518) 436-1662

FAX: (518) 432-1996
EMAIL: CDRIBUSCH@NYCAP.RR.COM

**AUGUST 19, 2009**

Re:   **In re CORPORATION, NATIONAL FINANCE**
      **Case No. 00-14303-REL-7**
      Debtor(s) Social Security Number(s)- Last 4 digits

Dear JOHNG SIMON,

Enclosed please find a final distribution check drawn on the account for the above referenced chapter 7 bankruptcy estate. You are receiving this distribution because you filed an allowed claim in the case.

| Claim # | Claimed Amount | Amount Allowed | Amount Paid |
|---------|----------------|----------------|-------------|
| 00033   | 4,153.84       | 4,153.84       | Total Payment - This Distribution: 282.66 |

Please cash this check immediately so that this account can be closed, and be advised that all checks outstanding for more then 90 days will be canceled and the proceeds tendered to the bankruptcy court.

Sincerely,

/s/ Christian H. Dribusch
Christian H. Dribusch, Trustee

JOHNG SIMON
7551 E 46Th St
Indianapolis IN 46226



RECEIVED
2009 AUG 25 PM 1:55
CLERK OF THE
BANKRUPTCY COURT
N.D. OF NY
ALBANY

8/19/2009 12:16:44 PM

| Paid To: JOHNG SIMON | | Social Security Number: | |
|---|---|---|---|
| Case Number 00-14303 | Debtor Name: NATIONAL FINANCE CORPORATION | | Case Tax ID: 14-1754357 |
| Trustee: Christian H. Dribusch, Trustee, Christian H. Dribusch, Chapter 7 Trustee, The Patroon Building, Five Clinton Square, Albany NY 12207 | | | |
| Gross Earnings | $407.59 | Net Earnings | $282.66 |
| NYS Income Tax | $20.38 | | |
| Social Security | $25.27 | | |
| Medicare Employee | $5.91 | | |
| Federal Income Tax | $73.37 | | |

Description: (Final distribution to Claim 00033, representing a Payment of 6.80% per court order.)

| Bank Account Number: 4436936016 | Date: 3/28/2009 | Check Number: 1152 | Amount: $282.66 |
|---|---|---|---|