**CHRISTIAN H. DRIBUSCH**
**TRUSTEE IN BANKRUPTCY**

THE PATROON BUILDING
FIVE CLINTON SQUARE
ALBANY NY 12207

(518) 436-1662
FAX: (518) 432-1996
EMAIL: CDRIBUSCH@NYCAP.RR.COM

AUGUST 19, 2009

Re:  In re CORPORATION, NATIONAL FINANCE
Case No. 00-14303-REL-7
Debtor(s) Social Security Number(s)- Last 4 digits

Dear JUSTIN B. MEYER,

Enclosed please find a final distribution check drawn on the account for the above referenced chapter 7 bankruptcy estate. You are receiving this distribution because you filed an allowed claim in the case.

| Claim # | Claimed Amount | Amount Allowed | Amount Paid |
|---------|----------------|----------------|-------------|
| 00107   | 2,603.91       | 2,603.91       | Total Payment - This Distribution: 177.18 |

Please cash this check immediately so that this account can be closed, and be advised that all checks outstanding for more then 90 days will be canceled and the proceeds tendered to the bankruptcy court.

Sincerely,

/s/ Christian H. Dribusch
Christian H. Dribusch, Trustee

JUSTIN B. MEYER
128 Thimbleberry Rd.
Malta, NY  12020

8/19/2009 12:16:44 PM

| Paid To: JUSTIN B. MEYER | | Social Security Number: | |
|---|---|---|---|
| Case Number 00-14303 | Debtor Name: NATIONAL FINANCE CORPORATION | | Case Tax ID: 14-1754357 |
| Trustee: Christian H. Dribusch, Trustee, Christian H. Dribusch, Chapter 7 Trustee, The Patroon Building, Five Clinton Square, Albany NY 12207 | | | |
| Gross Earnings | $255.50 | Net Earnings | $177.18 |
| Federal Income Tax | $45.99 | | |
| Medicare Employee | $3.71 | | |
| NYS Income Tax | $12.78 | | |
| Social Security | $15.84 | | |
| Description: (Final distribution to Claim 00107, representing a Payment of 6.80% per court order.) | | | |
| Bank Account Number: 4436936016 | Date: 3/28/2009 | Check Number: 1054 | Amount: $177.18 |