FILED

**CHRISTIAN H. DRIBUSCH**
TRUSTEE IN BANKRUPTCY    2009 AUG 27  PM 1: 31

THE PATROON BUILDING
FIVE CLINTON SQUARE
ALBANY NY 12207

CLERK OF THE
BANKRUPTCY COURT
N.D. OF NY
ALBANY

(518) 436-1662

Fax: (518) 432-1996
EMAIL: CDRIBUSCH@NYCAP.RR.COM

**AUGUST 19, 2009**

Re:    **In re CORPORATION, NATIONAL FINANCE**
       **Case No. 00-14303-REL-7**
       Debtor(s) Social Security Number(s)- Last 4 digits

Dear ALEJANDRO M FALAS,

       Enclosed please find a final distribution check drawn on the account for the above
referenced chapter 7 bankruptcy estate.  You are receiving this distribution because you
filed an allowed claim in the case.

| Claim # | Claimed Amount | Amount Allowed | Amount Paid |
|---------|----------------|----------------|-------------|
| 00281   | 2,000.00       | 2,000.00       | Total Payment - This Distribution: 136.09 |
|         |                |                |             |

       Please cash this check immediately so that this account can be closed, and be
advised that all checks outstanding for more then 90 days will be canceled and the
proceeds tendered to the bankruptcy court.

       Sincerely,

       /s/ Christian H. Dribusch
       Christian H. Dribusch, Trustee

ALEJANDRO M FALAS
16211 Parkside Ln #111
Huntington Beach, CA  92647

2009 AUG 25  PM 1:55
CLERK OF THE
BANKRUPTCY COURT
N.D. OF NY
ALBANY
RECEIVED

8/19/2009 12:16:44 PM

Paid To: ALEJANDRO M FALAS

Social Security Number:

Case Number 00-14303

Debtor Name: NATIONAL FINANCE CORPORATION

Case Tax ID: 14-1754357

Trustee: Christian H. Dribusch, Trustee, Christian H. Dribusch, Chapter 7 Trustee, The Patroon Building, Five Clinton Square, Albany NY 12207

| Gross Earnings | $196.25 | Net Earnings | $136.09 |
|---|---|---|---|
| NYS Income Tax | $9.81 | | |
| Medicare Employee | $2.85 | | |
| Social Security | $12.17 | | |
| Federal Income Tax | $35.33 | | |

Description: (Final distribution to Claim 00281, representing a Payment of 6.80% per court order.)

| Bank Account Number: 4436936016 | Date: 3/28/2009 | Check Number: 1269 | Amount: $136.09 |
|---|---|---|---|