CHRISTIAN H. DRIBUSCH
TRUSTEE IN BANKRUPTCY

THE PATROON BUILDING
FIVE CLINTON SQUARE
ALBANY NY 12207

(518) 436-1662

FAX: (518) 432-1996
EMAIL: CDRIBUSCH@NYCAP.RR.COM

AUGUST 19, 2009

Re:   In re CORPORATION, NATIONAL FINANCE
      Case No. 00-14303-REL-7
      Debtor(s) Social Security Number(s)- Last 4 digits

Dear SCOTT RICHARD CHITTENDEN,

Enclosed please find a final distribution check drawn on the account for the above referenced chapter 7 bankruptcy estate. You are receiving this distribution because you filed an allowed claim in the case.

| Claim # | Claimed Amount | Amount Allowed | Amount Paid |
|---------|----------------|----------------|-------------|
| 00125   | 807.69         | 807.69         | Total Payment - This Distribution: 54.97 |

Please cash this check immediately so that this account can be closed, and be advised that all checks outstanding for more then 90 days will be canceled and the proceeds tendered to the bankruptcy court.

Sincerely,

/s/ Christian H. Dribusch
Christian H. Dribusch, Trustee

SCOTT RICHARD CHITTENDEN
27 Champlain Ave.
Mechanicville NY 12118

8/19/2009 12:16:44 PM

| Paid To: SCOTT RICHARD CHITTENDEN | | Social Security Number: | |
|---|---|---|---|
| Case Number 00-14303 | Debtor Name: NATIONAL FINANCE CORPORATION | | Case Tax ID: 14-1754357 |
| Trustee: Christian H. Dribusch, Trustee, Christian H. Dribusch, Chapter 7 Trustee, The Patroon Building, Five Clinton Square, Albany NY 12207 | | | |
| Gross Earnings | $79.25 | Net Earnings | $54.97 |
| NYS Income Tax | $3.96 | | |
| Medicare Employee | $1.15 | | |
| Social Security | $4.91 | | |
| Federal Income Tax | $14.26 | | |

Description: (Final distribution to Claim 00125, representing a Payment of 6.81% per court order.)

| Bank Account Number: 4436936016 | Date: 3/28/2009 | Check Number: 1052 | Amount: $54.97 |
|---|---|---|---|