FILED
2009 AUG 27 PM 1:31
CLERK OF THE
BANKRUPTCY COURT
N.D. OF NY

**CHRISTIAN H. DRIBUSCH**
TRUSTEE IN BANKRUPTCY

THE PATROON BUILDING
FIVE CLINTON SQUARE
ALBANY NY 12207

(518) 436-1662
FAX (518) 432-1996
EMAIL: CDRIBUSCH@NYCAP.RR.COM

AUGUST 19, 2009

Re: In re CORPORATION, NATIONAL FINANCE
Case No. 00-14303-REL-7
Debtor(s) Social Security Number(s)- Last 4 digits

Dear LORIJEAN SICKO,

Enclosed please find a final distribution check drawn on the account for the above referenced chapter 7 bankruptcy estate. You are receiving this distribution because you filed an allowed claim in the case.

| Claim # | Claimed Amount | Amount Allowed | Amount Paid |
|---------|----------------|----------------|-------------|
| 00080   | 509.11         | 509.11         | Total Payment - This Distribution: 34.65 |

Please cash this check immediately so that this account can be closed, and be advised that all checks outstanding for more then 90 days will be canceled and the proceeds tendered to the bankruptcy court.

Sincerely,

/s/ Christian H. Dribusch
Christian H. Dribusch, Trustee

LORIJEAN SICKO
62 Timber Dr.
Waterford NY 12188

RECEIVED 2009 AUG 25 PM 1:55 BANKRUPTCY COURT N.D. OF NY ALBANY

8/19/2009 12:16:44 PM

| Paid To: LORIJEAN SICKO | | Social Security Number: | |
|---|---|---|---|
| Case Number 00-14303 | Debtor Name: NATIONAL FINANCE CORPORATION | | Case Tax ID: 14-1754357 |
| Trustee: Christian H. Dribusch, Trustee, Christian H. Dribusch, Chapter 7 Trustee, The Patroon Building, Five Clinton Square, Albany NY 12207 | | | |
| Gross Earnings | $49.96 | Net Earnings | $34.65 |
| Medicare Employee | $0.72 | | |
| Federal Income Tax | $8.99 | | |
| Social Security | $3.10 | | |
| NYS Income Tax | $2.50 | | |

Description: (Final distribution to Claim 00080, representing a Payment of 6.81% per court order.)

| Bank Account Number: 4436936016 | Date: 3/28/2009 | Check Number: 1039 | Amount: $34.65 |
|---|---|---|---|