FILED

2009 AUG 27 PM 1:32

CLERK OF THE BANKRUPTCY COURT N.D. OF NY ALBANY

**CHRISTIAN H. DRIBUSCH**
**TRUSTEE IN BANKRUPTCY**

THE PATROON BUILDING
FIVE CLINTON SQUARE
ALBANY NY 12207

(518) 436-1662
FAX: (518) 432-1996
EMAIL: CDRIBUSCH@NYCAP.RR.COM

**AUGUST 19, 2009**

Re: **In re CORPORATION, NATIONAL FINANCE**
**Case No. 00-14303-REL-7**
Debtor(s) Social Security Number(s)- Last 4 digits

Dear MCDONALD, MCKENZIE, RUBIN, MILLER,

Enclosed please find a final distribution check drawn on the account for the above referenced chapter 7 bankruptcy estate. You are receiving this distribution because you filed an allowed claim in the case.

| Claim # | Claimed Amount | Amount Allowed | Amount Paid |
|---|---|---|---|
| 00152 | 322.00 | 322.00 | Total Payment - This Distribution: 31.60 |
| | | | |

Please cash this check immediately so that this account can be closed, and be advised that all checks outstanding for more then 90 days will be canceled and the proceeds tendered to the bankruptcy court.

Sincerely,

/s/ Christian H. Dribusch
Christian H. Dribusch, Trustee

MCDONALD, MCKENZIE, RUBIN, MILLER
POB 58
Columbia, SC 29202

2009 AUG 25 PM 1:55

CLERK OF THE BANKRUPTCY COURT N.D. OF NY ALBANY

RECEIVED

8/19/2009 12:16:44 PM

| Date: [illegible] | Check Number: [illegible] | Amount: $31.60 |
|---|---|---|

Case Number 00-14303
Debtor Name: NATIONAL FINANCE CORPORATION

| Paid To: | Trustee: |
|---|---|
| **MCDONALD, MCKENZIE, RUBIN, MILLER**<br>**POB 58**<br>**Columbia, SC 29202** | Christian H. Dribusch, Chapter 7 Trustee<br>The Patroon Building<br>Five Clinton Square<br>Albany NY 12207 |

Description: (Final distribution to Claim 00152, representing a Payment of 9.81% per court order.)

Bank Account Number: 4436936016