CHRISTIAN H. DRIBUSCH
TRUSTEE IN BANKRUPTCY

THE PATROON BUILDING
FIVE CLINTON SQUARE
ALBANY NY 12207

(518) 436-1662
FAX: (518) 432-1996
EMAIL: CDRIBUSCH@NYCAP.RR.COM

AUGUST 19, 2009

Re:   In re CORPORATION, NATIONAL FINANCE
      Case No. 00-14303-REL-7
      Debtor(s) Social Security Number(s)- Last 4 digits

Dear ELLIOTT& COMPANY APPRAISERS,

Enclosed please find a final distribution check drawn on the account for the above referenced chapter 7 bankruptcy estate. You are receiving this distribution because you filed an allowed claim in the case.

| Claim # | Claimed Amount | Amount Allowed | Amount Paid |
|---------|----------------|----------------|-------------|
| 00327   | 300.00         | 300.00         | Total Payment - This Distribution: 29.44 |

Please cash this check immediately so that this account can be closed, and be advised that all checks outstanding for more then 90 days will be canceled and the proceeds tendered to the bankruptcy court.

Sincerely,

/s/ Christian H. Dribusch
Christian H. Dribusch, Trustee

ELLIOTT& COMPANY APPRAISERS
PO Box 211
1601 Hwy 17 South
N. Myrtle Beach, SC  29582-3947

8/19/2009 12:16:44 PM

| Date: 3/26/2009 | Check Number: 2110 | Amount: $29.44 |
|---|---|---|

Case Number 00-14303
Debtor Name: NATIONAL FINANCE CORPORATION

| Pai d To: | ELLIOTT& COMPANY APPRAISERS<br>PO Box 211<br>1601 Hwy 17 South<br>N. Myrtle Beach, SC 29582-3947 | Trustee: | Christian H. Dribusch, Chapter 7 Trustee<br>The Patroon Building<br>Five Clinton Square<br>Albany NY 12207 |
|---|---|---|---|

Description: (Final distribution to Claim 00050, representing a Payment of 9.81% per court order.)

Bank A ccount Number: 4436936016