**CHRISTIAN H. DRIBUSCH**
TRUSTEE IN BANKRUPTCY

THE PATROON BUILDING
FIVE CLINTON SQUARE
ALBANY NY 12207

(518) 436-1662
FAX: (518) 432-1996
EMAIL: CDRIBUSCH@NYCAP.RR.COM

AUGUST 19, 2009

Re:    **In re CORPORATION, NATIONAL FINANCE**
Case No. 00-14303-REL-7
Debtor(s) Social Security Number(s)- Last 4 digits

Dear CAROLINA WILLIAMS,

Enclosed please find a final distribution check drawn on the account for the above referenced chapter 7 bankruptcy estate. You are receiving this distribution because you filed an allowed claim in the case.

| Claim # | Claimed Amount | Amount Allowed | Amount Paid |
|---|---|---|---|
| 00216 | 300.00 | 300.00 | Total Payment - This Distribution: 20.41 |

Please cash this check immediately so that this account can be closed, and be advised that all checks outstanding for more then 90 days will be canceled and the proceeds tendered to the bankruptcy court.

Sincerely,

/s/ Christian H. Dribusch
Christian H. Dribusch, Trustee

CAROLINA WILLIAMS
9830 C AppleTree Dr
San Diego CA 92124

8/19/2009 12:16:44 PM

| Paid To: CAROLINA WILLIAMS | | Social Security Number: | |
|---|---|---|---|
| Case Number: 00-14303 Debtor Name: NATIONAL FINANCE CORPORATION | | | Case Tax ID: 14-1754357 |
| Trustee: Christian H. Dribusch, Trustee, Christian H. Dribusch, Chapter 7 Trustee, The Patroon Building, Five Clinton Square, Albany NY 12207 | | | |
| Gross Earnings | $29.44 | Net Earnings | $20.41 |
| Social Security | $1.83 | | |
| Medicare Employee | $0.43 | | |
| NYS Income Tax | $1.47 | | |
| Federal Income Tax | $5.30 | | |
| Description: (Final distribution to Claim 00216, representing a Payment of 6.80% per court order.) | | | |
| Bank Account Number: 4436936016 | Date: 3/28/2009 | Check Number: 1274 | Amount: $20.41 |