UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

**RECEIVED** SEP 1 4 2009
OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

In re  National Finance Corproation

*[Set forth here all names including married, maiden, and trade names used by debtor within last 8 years.]*

Debtor

Case No.  00-14303

Chapter  7

Employer's Tax Identification No(s). [if any]  14-1754357
Last four digits of Social Security No(s):

**FILED** SEP 1 7 2009
OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Stephen J. Riviezzo    of  2554 Banker Ave. Niskayuna, NY 12309
(Name of Claimant)            (Address)

___-__-9425    518-952-4607  , being duly sworn, deposes
(SSN or Tax ID No.)    (Telephone No.)

and says:

That he/she is a creditor of the above named debtor.

That  National Finance Corporation  was duly adjudged a debtor in the United States Bankruptcy Court for the Northern District of New York.

That said creditor duly filed his/her claim, which was thereafter duly allowed.

That dividends amounting to the sum of  $733.51  remain unpaid.

That the said claim has not been sold or assigned, and that it is still the property of the deponent.

That the deponent is not aware of any dispute regarding the claim at Issue.

It is therefore requested that the Clerk of the Court pay to  Stephen J. Riviezzo
(Name of Claimant)

*Stephen J. Riviezzo* (signed)
(Signature of Claimant)

SUBSCRIBED AND SWORN to before me this 10th day of SEPTEMBER 2009

Affix Seal

Notary Public
J. TRENT COX
Notary Public, State of New York
No. 01CO6127463
Qualified in Rensselaer County
Commission Expires May 23, 2013

F:67(10/02/2006)

J. TRENT COX
Notary Public, State of New York
No. 01CO6127463
Qualified in Rensselaer County
Commission Expires May 23, 2013

426-6160