UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
ALBANY DIVISION
FILED FEB 0 9 2009 OFFICE OF THE BANKRUPTCY CLERK ALBANY, NY

RECEIVED JAN 2 9 2010 OFFICE OF THE BANKRUPTCY CLERK ALBANY, NY

In Re:

National Finance Corporation

    Debtor

Last four digits of Social-Security or Individual Tax-Payer-Identification (ITIN) No(s)., (if any): _____

Employer Tax-Identification (EIN) No(s). (if any): 13-3977880

CASE NO. 00-14303-1-rel

CHAPTER 7

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The undersigned, Kim Sawyer, as General Counsel for The Locator Services Group Ltd. ("Applicant"), Attorney-in-Fact for Live Nation Inc. for SFX Sports Group Inc. ("Claimant"), applies to this court for entry of an Order directing the Clerk of the Court to remit to the Claimant the sum of $19,761.39, said funds having been deposited into the Treasury of the United States pursuant to order of this Court as unclaimed funds for creditor SFX Sports Group Inc..

Applicant further states that:

1. SFX Sports Group Inc. is a creditor and was due to receive a distribution from the estate of the debtor in the above-captioned case in the amount of $19,761.39.

2. Said funds have been remitted to the Court as unclaimed, pursuant to 11 U.S.C. § 347. A copy of the Trustee's *Notice of Deposit of Unclaimed Funds to U.S. Bankruptcy Court Clerk* is appended to this Application.

3. Applicant is an attorney and a "funds locator" who has been retained by the Claimant. Applicant has obtained an original Power of Attorney from the individual or the duly authorized representative for the business or the corporation seeking to claim said funds. A Power of Attorney conforming to the official Bankruptcy Form is attached and made a part of this Application.

4. Applicant has attached and made part of this Application all required supporting documentation establishing the Claimant is the rightful owner of said funds.

5. Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, nor that any other Application for this claim is currently pending before the Court, or that any party other than the Claimant is entitled to receive these funds.

6. Applicant understands that pursuant to 18 U.S.C. § 152, a fine or imprisonment, or both, may be imposed if Applicant has knowingly and fraudulently made any false statements in this document.

Respectfully submitted this day, Tuesday, January 26, 2010.

THE LOCATOR SERVICES GROUP LTD:

BY: _____
Signature of Applicant

Live Nation Inc. for SFX Sports Group Inc.
Claimant

13-3977880
SSN# or Tax ID

Kim Sawyer, Counsel
Name and Title of Petitioner

The Locator Services Group, Ltd.
Company Name

280 Summer Street, Suite 701
Street Address

Boston, MA 02210
City and State

(617) 859-0600
Telephone

Payment Address:
The Locator Services Group Ltd.
280 Summer Street, Suite 701
Boston, MA 02210

SUBSCRIBED AND SWORN before me this 26 day of January, 2010.

NOTARY PUBLIC in and for the State of Massachusetts,
residing in the County of Suffolk
My commission expires: 7/25/2014



# CHRISTIAN H. DRIBUSCH
## TRUSTEE IN BANKRUPTCY

THE PATROON BUILDING
FIVE CLINTON SQUARE
ALBANY NY 12207

(518) 436-1662

FAX: (518) 432-1996
EMAIL: CDRIBUSCH@NYCAP.RR.COM

REC'D & FILED
2009 AUG 19 PM 12: 30
BANKRUPTCY COURT
N.D. OF NY
ALBANY

MARCH 28, 2009

Re:   In re CORPORATION, NATIONAL FINANCE
      Case No. 00-14303-REL-7
      Debtor(s) Social Security Number(s)- Last 4 digits

Dear SFX SPORTS GROUP, INC.,

Enclosed please find a final distribution check drawn on the account for the above referenced chapter 7 bankruptcy estate. You are receiving this distribution because you filed an allowed claim in the case.

| Claim # | Claimed Amount | Amount Allowed | Amount Paid |
|---------|----------------|----------------|-------------|
| 00090   | 201,393.30     | 201,393.30     | Total Payment - This Distribution: 19,761.39 |

Please cash this check immediately so that this account can be closed, and be advised that all checks outstanding for more then 90 days will be canceled and the proceeds tendered to the bankruptcy court.

Sincerely,

/s/ Christian H. Dribusch
Christian H. Dribusch, Trustee

SFX SPORTS GROUP, INC.
888 Seventh Avenue, 37th Floor
New York NY 10019

Case 00-14303-1-rel    Doc 314    Filed 08/19/09    Entered 08/20/09 09:24:04    Desc
Main Document    Page 2 of 2

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**BANK OF AMERICA**
901 Main Street // 10th Floor // Dallas TX 75283

32-1/1110
CHECK NUMBER
114?

Christian H. Dribusch, Chapter 7 Trustee
The Patroon Building
Five Clinton Square
Albany NY 12207

(Final distribution to Claim 00090, representing a Payment of 9.81% per court order.)

| DATE | AMOUNT |
|---|---|
| 3/28/2009 | ******19,761.39 |

PAY TO THE ORDER OF

| CASE NUMBER | ESTATE OF |
|---|---|
| 00-14303 | Debtor: NATIONAL FINANCE CORPORATION |

SFX SPORTS GROUP, INC.
888 Seventh Avenue, 37th Floor
New York NY 10019

*Nineteen Thousand Seven Hundred Sixty One Dollars And 39/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑆001147⑆  ⑈111000012⑈:  44369360 16⑆

REC'D & FILED
2009 AUG 19 PM 12: 30
BANKRUPTCY COURT
N.D. OF NY
ALBANY

---

| Date: 3/28/2009 | Check Number: 1147 | Amount: $19,761.39 |
|---|---|---|

Case Number 00-14303
Debtor Name: NATIONAL FINANCE CORPORATION

| Paid To: SFX SPORTS GROUP, INC.<br>888 Seventh Avenue, 37th Floor<br>New York NY 10019 | Trustee: Christian H. Dribusch, Chapter 7 Trustee<br>The Patroon Building<br>Five Clinton Square<br>Albany NY 12207 |
|---|---|

LIMITED POWER OF ATTORNEY
LIMITED TO ONE TRANSACTION ONLY

Live Nation Inc. appoints The Locator Services Group Ltd., acting through its General Counsel and staff, as its lawful attorney in fact for the sole purpose of recovering or obtaining a credit of unclaimed funds or an outstanding obligation held on behalf of SFX Sports Group Inc. in the amount of $19,761.39.

Live Nation Inc. grants its attorney in fact the authority to do all things reasonably necessary to recover or obtain credit of the unclaimed funds or outstanding obligation due to SFX Sports Group Inc.. Such acts shall include, but are not limited to: engaging in verbal or written communication with the holder of the funds or obligation; executing and filing all documents necessary to facilitate the payment or credit of the unclaimed funds or obligation; receiving written correspondence and all other documentation relevant to the payment or credit of the unclaimed funds or outstanding obligation; and receiving possession of the payment of these funds on behalf of Live Nation Inc..

The Locator Services Group Ltd., as attorney in fact, may not make any expenditure or incur any costs on behalf of SFX Sports Group Inc. or Live Nation Inc..

Signed this 20 day of JANUARY, 2010.

Live Nation Inc.
By: [signature]
Print Name: Eric Thorson
Title: CFO - North American Music

Tax ID No. 13-3977880
(Required for identification purposes)

State of CALIFORNIA
County of Los Angeles

On JANUARY 20, 2010 before me, Helene Green, Notary Public, personally appeared ERIC Thorson who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the forgoing paragraph is true and correct.

WITNESS my hand and official seal,
Notary Signature: [signature]
My Commission Expires: 8-30-13

HELENE GREEN
COMM. #1863341
Notary Public - California
Los Angeles County
My Comm. Expires Aug. 30, 2013
NOTARY SEAL

TLSG Reference Number: 138SFXSportsGroup